# Exhibit 1



http://cashforgold-scam.com/

INTERNET ARCHIVE
WaybackMachine
49 captures
15 Apr 2011 – 29 Nov 2021

SEP OCT DEC
17
2010 2011 2012
About this capture

**Consumer News Report:**

## Cash for Gold Industry | Tested & Reviewed

*Find Out Which Companies Rip You Off & Which Don't!*

OFFICIAL TEST RESULTS

| Home | Scams | Reviews |

Search

### WE TESTED THEM ALL!

We purchased ten identical sets of gold jewelry and silver coins (see pics below): a 14k gold necklace weighing eight grams, a pair of 10k gold ear rings weighing five grams, and 3 gold-plated sterling silver coins weighing one-ounce a piece. Next, we contacted ten separate cash for gold companies and requested "gold kits" from them by filling out their forms online. We decided to publish our findings online so the public could see for themselves. It should be noted that two of the companies didn't even know the coins we sent in were actually made of sterling silver! Pretty scary!

The final results clearly demonstrated that Cash for Gold USA paid over $130 more than the second-place company. We highly recommend Cash for Gold USA due to the fact that their pricing was fair and we felt as though they didn't attempt to rob us.

## TOP Cash For Gold Site Rankings



### OFFICIAL RANKINGS

| | | | |
|---|---|---|---|
| 1 | Cash for Gold | $343.89 | Read Reviews / Write a Review |
| 2 | PRECISION REFINING | $208.21 | Read Reviews / Write a Review |
| 3 | JustSell Gold | $189.00 | Read Reviews / Write a Review |
| 4 | EXPRESS GOLD CASH | $174.38 | Read Reviews / Write a Review |
| 5 | CAPTAIN CASH | $104.80 | Read Reviews / Write a Review |
| 6 | GOLD STASH | $81.54 | Read Reviews / Write a Review |
| 7 | Broken Gold | $32.20 | Read Reviews / Write a Review |

### CASH FOR GOLD TEST



**Bought »**   **Sent To »**   **Results**

10 Identical Jewelry Sets

10 Different Companies

Cash For Gold USA
HIGHEST PRICE

#1 Cash for Gold   Visit Site

| COMPANY | PAY OUT |
|---|---|
| CashforGoldUSA.com | $343.89 |
| PrecisionRefining.com | $208.21 |
| JustSellGold.com | $189.00 |
| ExpressGoldCash.com | $174.38 |
| CaptainCashforGold.com | $104.80 |
| GoldStash.com | $81.54 |
| BrokenGold.com | $32.20 |

**Current Gold Price**
Gold: 10/07: 1439   ▼11

After some pretty astonishing results, we decided to share our findings online. Some were surprisingly good, some were predictably bad, and two of the companies didn't even know that the coins we sent in were actually sterling silver!

## Our Experiment

### Hypothesis

There are many Cash for Gold companies out there online –– all claiming to "Pay the Best" – however, there can only be one company that actually does pay the most.

### Predictions

- We predicted that none of the companies would pay the exact same amount for the identical material. This was TRUE
- We predicted that there would be a slight difference between all the payouts. This was TRUE (except the difference was HUGE!)
- We predicted that some companies wouldn't recognize the Gold-Plated coins were actually Sterling Silver. This was TRUE
- We predicted that one of the companies would "lose" our items. This was FALSE (thank goodness!)

### Materials

### Our Materials

In order to gauge the true payouts of the companies being tested, we had to ensure that the items we sent to each company were exactly alike. We purchased through a private jeweler 10 Identical Sets of the following items:

- A Gold Necklace (14k) weighing 8 grams
- Set of Gold Earrings (10k) weighing a total of 5 grams
- 3 Gold-Plated Sterling Silver Commemorative Coins weighing 3 ounces of sterling silver (which is 92.5% pure) for a total of 86.3 g of pure silver

We thought the Gold Plated coins would be a good item to add to our test because, although they look like they are made of gold, they are in fact only gold plated – which means they only surrounded by a very thin-layer of gold. There isn't enough gold on the outside of the coin to really be worth much of anything, however, the real value comes inside – the coins are actually made of sterling silver. We predicted that some of the companies wouldn't catch on to this and recognize their true value and we were right!

**Goldpak, Gold Kit, Pre-Paid Mailer, Secure Pak, CashPak, GoldPaq**
For each of the respective Cash for Gold companies being tested, we signed up on their websites by filling out a "Request Form" online. The companies then agreed to mail us a Free Kit in order for us to ship our materials to them at no cost to us. The packages were delivered to us at different times. However, over the course of approximately two weeks we received all the kits and that is when we proceeded with the experiment.

Out of all the companies tested, the shipping methods, meaning the way we sent them our material basically was divided into two different options:

*FedEx, UPS, Third-Party Carriers* Some of the cash for gold companies provided Pre-Paid FedEx or UPS shipping labels with either Ground or Priority Delivery. What's nice about this option when you're sending your gold, silver, platinum or diamonds through the mail is that you can really trust a third-party carrier such as Federal Express. The chances of your package getting "lost" in the mail definitely gets minimized. We felt more confident about shipping our items through this type of service, that can be tracked throughout the entire shipping process on the third party's website. Also, these packages typically get delivered quicker than the option below.

*Pre-Paid Envelope sent via USPS* There were many companies who sent us a "kit" which contained the following:

- A lovely brochure touting their promises, awards, BBB rating along with our tracking # and full name and address printed on it
- A plastic bag to contain our items
- A pre-paid business envelope (usually made of Tyvek) to ship the materials back
- Some companies like Captain Cash for Gold sent us a key-chain, or a promise of a free vacation – which was really a bogus ploy to get us to look at a timeshare! They must have some deal with another company – hopefully you want fall for that trick.

As demonstrated in the pictures, we sent back the kits to all of the companies being tested on the same day. We did this in order to control for the variable change in the market price of gold and silver the day our items were sold. The companies received our kits all within three days of one another. It should be noted that the precious metal prices were very close to one another over the course of these three days and was therefore deemed not a factor in effecting the overall price of our gold and silver items.

**NOTE: Personal Information & Private Data**
A couple of the companies required full documentation (Drivers License or State ID AND a Passport!) to be sent in along with the items due to specific State Laws. Since we didn't trust these cash–for–gold companies with our personal information we decided NOT to send the items into them, instead we just cross them off the list. With so much Identity Theft happening on the Internet nowadays we felt it was a wise move not to send some random company our Passport and Drivers License numbers. That information is worth more than the gold!

## The Experiment
10 Identical Packages (same items being shipped)
10 Different companies
10 Different Payouts!

**THE LUCKY 7 GOLD BUYERS**
Out of all 10 companies contacted, two of them requested our personal information (ie. Passport & Drivers License #) which we felt uncomfortable sharing and one company did not even respond. Therefore, at the end of the day, we were only able to send material to seven of the most popular online gold buyers. We thought that seven companies would still give us enough results to get a fair representation of what the market was paying for our items.

**MAIL DAY**
In order to control for the precious metal market changing and effecting the outcome of our experiment, we sent all of the packages back to the respective gold buyers on the exact same day. Through email notification and third-party tracking efforts, we were able to determine that all of the packages arrived at the companies within three days of one another. The prices of gold and silver did not fluctuate enough during this period of time to effect comparing the overall payout by each company.

## The Results
**PAY DAY**
Even though the packages went out at the same time, the payments came in at completely different times and spanned nearly 10 days. We received the checks in the following order:

<u>Quickest Payers:</u>
1. Gold Stash
2. Cash for Gold USA
3. Just Sell Gold
4. Express Gold Cash
5. Broken Gold
6. Captain Cash for Gold

7. Precision Refining

It's understandable that some checks took longer to get back to us than others due to the fact that these companies are located in all different parts of the country. And since the test was conduct in California, companies that were further East obviously took longer to ship their checks back to us than those situated in the West.

However, the real surprise was the range of payouts that we received. The top company CashforGoldUSA.com paid 1000% (that's 10 times!) more than the worst paying company, BrokenGold.com. It was absolutely astonishing to see how the same exact items earned completely different returns. We were definitely expecting to see a difference, however, the size of that difference was scary. Here are the rankings of the payouts along with the value amount of those payouts.

**Highest Bidders**

1. CashforGoldUSA.com          $343.89
2. PrecisionRefining.com        $208.21
3. JustSellGold.com             $189.00
4. ExpressGoldCash.com          $174.3t
5. CaptainCashforGold.com       $104.80
6. GoldStash.com                $81.54
7. BrokenGold.com               $32.20

It should be also recognized that a couple of the companies didn't even recognize the coins were sterling silver! Even though it blatantly states it right on the coin in plain English.

## Conclusion

**OUR RECOMMENDATION**

We obviously have to recommend Cash for Gold USA as the company of choice in this experiment. They blew out the lowest bidder by 1000% and they paid 50% more cash than the second highest bidder. Cash for Gold USA has a lot of positive feedback online as well as an A rating with the BBB. They claim to be a family-owned business and if this is true, it makes sense why they've been around for such a long time.

**CAUTION: Look out for Cash for Gold SCAMS & RIP-OFFs!**

Beware of the companies you are sending your items to. Make sure they have been around for more than the five minutes. Do the research! If a company can't recognize that the material you are sending in IS what they claim to be experts on – get your stuff back. It's frightening how anyone can launch a website today and claim they are a "gold-buyer."

Another tip would be to make sure the company has an actual office location. Don't do business with a company who you are unable to contact over the phone – or even worse, if they're operating out of a P.O. Box – that just has scam written all over it.

Know what you have. We knew exactly what our items were BEFORE we sent them in so we knew what would be a fair payout and what would be a Rip-Off. Take your jewelry to a local pawn broker first – ask them what it is – and that way you'll know when you send your stuff in, if the payment is fair.

Always send your items through a Third-Party carrier like FedEx or UPS. You want to make sure that your items will never get lost in the mail and that you can track your stuff throughout the entire process!

---

### ⚠️ 10 TIPS TO PREVENT YOURSELF FROM BEING SCAMMED!

**Tip # 1:** Check with the Better Business Bureau. This private, nonprofit organization was founded in 1912 provides services and programs to assist consumers and businesses.

**Tip # 2:** Look at how long the company has been in business. Do they have a long standing reputation? There are a lot of fly-by-night organizations that may not have the level of stability needed to provide good customer service.

**Tip # 3:** Check the company's corporate policies. Do they have a return policy or clearly stated guarantee? If not, they are obviously not thinking about being consumer focused and how to best serve their clients.

**Tip # 4:** Look for a phone number and address. Any company that only has an email address and a PO Box should be avoided.

**Tip # 5:** Does the company tell you what to expect? Look for a company that lists their prices and defines how they do business.

**Tip # 6:** Does the company use a third party shipper? If the company uses Fed Ex or UPS you will be able to track your shipment of valuables and make sure your package isn't "accidently" lost in the mail and the company can't claim that your package "never arrived."

**Tip # 7:** Take photos of your items before you send them. That way if anything should happen you will have proof of exactly what your items looked like. It is also insurance against any unforeseen "mix ups."

**Tip # 8:** Volume. Often business will often pay a higher price for larger quantities.

**Tip # 9:** Write your name on your items. It is rare for a reputable company to confuse your items, but adding your name is helpful.

**Tip # 10:** Be realistic. If you paid $5 for a gold item, chances are it isn't worth a fortune.

---

Consumer News Report:

My Cash for Gold Experiment:



**Share our results**

US Gold Buyers Scam          Midwest Gold Buyers Scam          Gold Stash Scam          Broken Gold Scam

Sell Your Gold Scam          Gold Cash Scam          Cash 4 Gold Scam          1800 Gold Kit Scam

# Exhibit 2



## Whois Lookup API

You can fetch the above results using our Whois Lookup API.

http://api.whoxy.com/?key=xxxxx&whois=**cashforgold-scam.com**

Whois API digs into WHOIS registry referral chains until the correct WHOIS servers are found, for the most complete WHOIS data. Our WHOIS parser converts WHOIS data into well-structured fields (XML & JSON), which can easily be read by your application. Whois API supports a total of **2026** Domain Extensions (gTLDs, ccTLDs & new gTLDs), ensuring all domains are supported.

**Sample Output:** JSON Schema • XML Schema • JSON Live Results • XML Live Results



| WHOIS LOOKUP PRICING | TOTAL API CALLS | PRICE | CPM | PURCHASE |
|---|---|---|---|---|
| 1,000 Whois Lookup API Queries | 1,000 | **$2** | $2.00 | Order Now |
| 10,000 Whois Lookup API Queries | 10,000 | **$20** | $2.00 | Order Now |
| 50,000 Whois Lookup API Queries | 50,000 | **$75** | $1.50 | Order Now |
| 250,000 Whois Lookup API Queries | 250,000 | **$300** | $1.20 | Order Now |
| 1 Million Whois Lookup API Queries | 1,000,000 | **$1,000** | $1.00 | Order Now |
| 10 Million Whois Lookup API Queries | 10,000,000 | **$5,000** | $0.50 | Order Now |
| 25 Million Whois Lookup API Queries | 25,000,000 | **$10,000** | $0.40 | Order Now |

## Who owned cashforgold-scam.com in the past? (2 records)

| | 8 AUG 2016 |
|---|---|

**Owner:** Rachel Leigh (9 domains)

**Company:** B Star Printing

**Geolocation:** San Francisco, California, United States (163 million domains from **United States** for **$4,500**)

**Email:** info@cashforgold-scam.com

**Nameservers:** ns01.cashparking.com, ns02.cashparking.com

**Status:** clientDeleteProhibited, clientRenewProhibited, clientTransferProhibited, clientUpdateProhibited

| | 17 JAN 2022 |
|---|---|

**Owner:** B Star Printing  UPDATED

**Company:** B Star Printing

**Geolocation:** California, United States (163 million domains from **United States** for **$4,500**)

**Nameservers:** ns01.cashparking.com, ns02.cashparking.com

**Status:** clientDeleteProhibited, clientRenewProhibited, clientTransferProhibited, clientUpdateProhibited

**Whois History API** returns all the historical WHOIS records of a domain name. For more details, please visit https://www.whoxy.com/whois-history/



**All** *People*

Search Contact

Feel the Ocean.
FISKER
All-Electric.
Up to 350-Mile Range.
Reserve Now
Based on Fisker Simulations for the Fisker Oceas Extreme

B STAR PRINTING CONTACT IN SAN FRANCISCO  UNITED STATES

## Rachel Leigh

B Star Printing · San Francisco

info@sellgoldforcash.us

Search Background Check ☑   Edit Listing

**B STAR PRINTING BUSINESS DATA**

📍 3053 Fillmore St #317, San Francisco, California, 94123

(888) 960-9555

AllBiz Business Profile   Search Professional Contact Details ☑

Learn more

[11] OTHERS WITH SIMILAR FIRST AND LAST NAMES

| NAME | POSITION | BUSINESS | CITY |
|---|---|---|---|
| Rachel Leigh Orfinger | Global Learning and Development Specialist | | Uber Technologies, Inc. |
| Rachel Leigh | Cook | | Indosiar Dot Com |
| Rachel Leigh | CEO | | Andy's Glass & Window Company |
| Rachel Leigh | Cook | | Mommysavers.com |
| Rachel Leigh | Cook | | Nothing Gold Can Stay |
| Rachel Leigh | Cook | | New Films International |
| Michael Leigh Ray | Registered Agent | | Images From Asia Incorporated |
| Leigh Ray | Member | | Princess Cruises |
| Leigh Ray | Co-Owner | | Hooked on Driving |
| Rachel Leigh Anderson | Member | | Rachel & Rose Bridal |
| Rachel Leigh Wolfe | President | | K R Wolfe Inc |

**All** *People*

COPYRIGHT © ALLPEOPLE :: 2022 :: ALL RIGHTS RESERVED

👁 PRIVACY        ⓘ TERMS        CONTACT

servicen_w   Manage a safe, efficient workplace.   Learn More

# Exhibit 3



## Compare US Online
## Gold Buyers

In 2021 we undertook an undercover audit across five major gold sites in the US. We requested gold selling-packs online, once these packs were received, we ensured that identical sums of 10K gold were sent for evaluation. Below you'll see a comparison of the prices we were offered for the identical packs of gold, and our review of the process. We've rated each of the companies based on the price they offered us, their online reviews and ratings on BBB, and how quicky we received our payments.



1

**SECOND HIGHEST PAYING**   **NO BBB LISTING**

Second Highest Paying



Price Offered

## $222.00

## Redollar

Redollar offered the second most for our gold, and they have great reviews on Trustpilot although are not listed on BBB. The process was easy although they took a day longer than Cash For Gold USA for them to make an offer for our gold, and they don't offer a price match.

| NO PRICE MATCH | FREE SHIPPING |
|---|---|
| **4/5** Rating* | **24 hours** Payment |

**VISIT SITE**

---

**TOOK MORE THAN 10 DAYS FOR OFFER**   **NO BBB LISTING**

Third Highest Paying



Price Offered

## $200.00

## Gold Geek

Although the price offer from gold geek was relatively good, we never received a call or email to say they had received our gold. We called them 10 days after the gold was sent and was told they had been on vacation and that's why they hadn't been back to us.

| PRICE MATCH | FREE SHIPPING |
|---|---|
| **3/5** Rating* | **48 hours** Payment |

**VISIT SITE**

---

**LOW PAYING**   **A+ RATED ON BBB**

Second Lowest Paying



Price Offered

## $174.65

## Express Cash Gold





The price we were offered for our gold was disappointing at 27% lower than our highest offer. They have lots of positive reviews and a great score on BBB.

| PRICE MATCH | FREE SHIPPING |
|---|---|

| 3/5 Rating* | 24 hours Payment |
|---|---|

**VISIT SITE**



BY FAR THE LOWEST OFFER

A+ RATED ON BBB

Lowest Paying

Price Offered

**$95.93**

## Sell Your Gold

The offer we got from Sell Your Gold was the lowest in our comparison by far. They offered less than half the highest gold buyer offered. They do have lots of positive reviews online and are A+ rated on BBB but you might expect to receive a lot less cash for your gold.

| PRICE MATCH | FREE SHIPPING |
|---|---|

| 2/5 Rating* | 24 hours Payment |
|---|---|

**VISIT SITE**

# Sell Gold, Jewellery & Silver Online

When selling your gold, jewellery & silver, it's important to use a reputable online gold buyer, we advise looking for reviews on places such as Trust Pilot, Shopper Approved and the BBB. When we carried out our research into the leading gold buyers, we found most of the sites used these sites to capture reviews. We found on the whole the reviews were positive. We found the Cash for Gold USA had the highest score, scoring 100% on Shopper Approved followed by reDollar and Express Gold Cash both Scoring 98% on trust pilot.

*Ratings based on the amount we were offered for gold, online reviews and how quickly we received our payment.

# Our Process

  

3

We undertook an undercover audit across the five major gold and silver sites in the US. We requested gold selling-packs online, once these packs were received we ensured that identical sums of 10K gold were sent for evaluation.

We waited for all our offers to come back before agreeing to sell. Two companies offered unusually low prices in comparison.

We requested for all payments to be sent via cheque, these took varying times to arrive.

# Frequently Asked Questions

**How can I be sure this is safe?**

**How long will it take for me to get paid?**

**Which site was the best in our test?**

Having conducted our own research of the leading gold sites in the US, we recommend Cash For Gold USA, they offered us the most for our gold, they have the highest review scores of all the sites we researched, they offer free postage and returns, and they offer a price match guarantee. So, if you are offered a price from another site, they will match it.

All site content ©Cash For Gold Comparison 2022.

 

## Compare US Online jewelry Buyers

In 2021 we undertook an undercover audit across five major gold sites in the US. We requested jewelry selling-packs online, once these packs were received, we ensured that identical sums of jewelry were sent for evaluation. Below you'll see a comparison of the prices we were offered for the identical packs of jewelry, and our review of the process. We've rated each of the companies based on the price they offered us, their online reviews and ratings on BBB, and how quicky we received our payments.



HIGHEST PAYING   A RATED ON BBB

Our Favourite

Price Offered

**$230.00**

### Cash For Gold USA

They offered us the most for our jewelry, the process was easy and they were the quickest with our offer and payment. They had the best online reviews, scoring 5/5 with shopper approved and are A rated on BBB. They also offer a best price guarantee. This makes them our recommended gold buyer for the US.

| PRICE MATCH | FREE SHIPPING |
|---|---|
| **5/5** Rating* | **24 hours** Payment |

VISIT SITE

SECOND   NO BBB

Second Highest Buyer



Second Highest Paying

**Price Offered**

# $222.00

## Redollar

Redollar offered the second most for our jewelry, and they have great reviews on Trustpilot although are not listed on BBB. The process was easy although they took a day longer than Cash For Gold USA for them to make an offer for our gold, and they don't offer a price match.

| NO PRICE MATCH | FREE SHIPPING |
|---|---|
| 4 / 5 Rating* | 24 hours Payment |

**VISIT SITE**

Third Highest Paying

**Price Offered**

# $200.00



## Gold Geek

Although the price offer from gold geek was relatively good, we never received a call or email to say they had received our gold. We called them 10 days after the gold was sent and was told they had been on vacation and that's why they hadn't been back to us.

| PRICE MATCH | FREE SHIPPING |
|---|---|
| 3 / 5 Rating* | 48 hours Payment |

**VISIT SITE**

Second Lowest Paying

**Price Offered**

# $174.65



## Express Cash Gold

The price we were offered for our jewelry was disappointing at 27% lower than our highest offer. They have lots of positive reviews and a great score on BBB.

6





| PRICE MATCH | FREE SHIPPING |
|---|---|
| **2/5 Rating*** | **24 hours Payment** |

VISIT SITE

# Sell Gold, Jewellery & Silver Online

When selling your gold, jewellery & silver, it's important to use a reputable online gold buyer, we advise looking for reviews on places such as Trust Pilot, Shopper Approved and the BBB. When we carried out our research into the leading gold buyers, we found most of the sites used these sites to capture reviews. We found on the whole the reviews were positive. We found the Cash for Gold USA had the highest score, scoring 100% on Shopper Approved followed by reDollar and Express Gold Cash both Scoring 98% on trust pilot.

*Ratings based on the amount we were offered for gold, online reviews and how quickly we received our payment.

# Our Process







7

We undertook an undercover audit across the five major gold and silver sites in the US. We requested gold selling-packs online, once these packs were received we ensured that identical sums of 10K gold were sent for evaluation.

We waited for all our offers to come back before agreeing to sell. Two companies offered unusually low prices in comparison.

We requested for all payments to be sent via cheque, these took varying times to arrive.

# Frequently Asked Questions

**How can I be sure this is safe?**

When selling your gold, jewellery & silver, it's important to use a reputable online gold buyer, we advise looking for reviews on places such as Trust Pilot, Shopper Approved and the BBB. When we carried out our research into the leading gold buyers, we found most of the sites used these sites to capture reviews. We found on the whole the reviews were positive. We found the Cash for Gold USA had the highest score, scoring 100% on Shopper approved followed by reDollar and Express Gold Cash both Scoring 98% on trust pilot. When ordering your gold selling pack, you'll want to ensure that your gold is insured if it gets lost in the post. Most gold sites will offer free FEdex or USPS delivery with free insurance included. This can be increased if you think your items are worth more than this value.

**How long will it take for me to get paid?**

**Which site was the best in our test?**

All site content ©Cash For Gold Comparison 2022.

 

## Page not found

What's worse, a hilarious 404 page can't be found either.

back to...

# Sell Gold, Jewellery & Silver Online

When selling your gold, jewellery & silver, it's important to use a reputable online gold buyer, we advise looking for reviews on places such as Trust Pilot, Shopper Approved and the BBB. When we carried out our research into the leading gold buyers, we found most of the sites used these sites to capture reviews. We found on the whole the reviews were positive. We found the Cash for Gold USA had the highest score, scoring 100% on Shopper Approved followed by reDollar and Express Gold Cash both Scoring 98% on trust pilot.



*Ratings based on the amount we were offered for gold, online reviews and how quickly we received our payment.

# Our Process







We undertook an

We waited for all

We requested for all

9

undercover audit across the five major gold and silver sites in the US. We requested gold selling-packs online, once these packs were received we ensured that identical sums of 10K gold were sent for evaluation.

our offers to come back before agreeing to sell. Two companies offered unusually low prices in comparison.

payments to be sent via cheque, these took varying times to arrive.

# Frequently Asked Questions

**How can I be sure this is safe?**

**How long will it take for me to get paid?**

We found that most sites were quick with there offers and payments. Our offers for our gold came to us within a few days, although one site, gold geek took almost 2 weeks to make our offer and we had to call them. When we accepted the offers most of the payments were received within a couple of days. Some gold sites will charge you if you want to have your items returned, whereas others will return your items free of charge. We would advise considering these factors before you choose which company to send your gold too.

**Which site was the best in our test?**

All site content ©Cash For Gold Comparison 2022.

# Exhibit 4



 **1-866-237-7954**





1



$150,049,595

PAID TO DATE

**GET PAID TODAY**

# Cash for Gold USA

We make it *very* simple.

**Request Free Shipping**

Fill out the form and choose your preferred method of shipping

**Send in Your Items**

Track your insured shipment every step of the way via USPS or FedEx. FedEx shipments are insured up to **$5,000.00**. Additional insurance is available for items valued up to $100,000.00.

**Get Paid More Cash!**

Within 24 hours one of our certified technicians will appraise your item(s) and send you an offer. If you accept, payment will be rushed to you by check, bank wire or PayPal.

**GET STARTED**

## Our customer satisfaction is key.

We offer our customers a 100% Satisfaction Guarantee to "back out"

"If you are not satisfied with our quote for any reason, simply deny the offer and your items will be returned to you free of charge. No questions asked."

*Norm Schneider President*





**FOX NEWS** found **we paid 3X more** than our competitors in an undercover investigation. watch:

**GET STARTED**

## Why we're the best choice.



### 250,000+ Customers

There's a reason so many customer trust us and keep coming back.

### Price Match Guarantee!

We'll match any competitors offer GUARANTEED

### Gold Calculator

Several clients have been paid out over $20,000 for the gold, silver and diamonds over the years. Use the calculator below to estimate your value.

**GOLD CALCULATOR**



We'll Pay You More

We offer GIA certified assays that will accurately appraise your material and help you get the most for your gold, silver, and diamonds.

Risk-Free

If for any reason you're unhappy with our offer, we'll return your items to you at no cost.

**GET STARTED**



5-Star Customer Rating

⭐⭐⭐⭐⭐

⭐⭐⭐⭐⭐

December 21, 2021 by Lk (GA, United States)

"Great quick service."

⭐⭐⭐⭐⭐

December 14, 2021 by Chuck (OH, United States)

"Good experience and top dollar for item"

**Read More Reviews...**



| Charm | Bracelet | Charm | Ring |
|-------|----------|-------|------|
| 22k Charm | 10k bracelet | 14k Charm | 14k Ring |
| $445.89 | $304.02 | $141.88 | $248.28 |

With over 250,000 customers served and $50,000,000 paid out to those customers since our inception in 2005, **Cash for Gold USA** is one of the largest online B2C gold buyers in the world.

**GET A 10% BONUS NOW**

## FAQ'S

**What do you buy?** −

You can ship us any valuables containing diamonds, gold, silver, platinum or palladium. This includes anklets, bracelets, brooches, chains, charms, clasps, coins, dental scrap (Gold or Silver), earrings, gold solder, ingots, links, necklaces, nuggets, pendants, pins, rings, Rolex watches, shot, gold watches & bands, wire (Gold or Platinum) & EVERYTHING ELSE! All Karats Accepted: 8k 9k 10k 14k 15k 18k 22k 24k. And if you're not sure of something, either mail it to us and let our experts make the determination or give us a call and we may be able to help you over the phone.

**Do you buy broken jewelry?** −

As long as it contains gold, silver or platinum, we will make you an offer for it. The material's value is based on its weight and purity — NOT its condition. Except when it comes to Rolex watches, then the condition is taken into account for the aftermarket resale value.

**What if my material does not fit in the SAFEPAK or the FedEx envelope you send me?** −

It's not a problem. You can either use the provided shipping label on a box of your own choice or contact us at the office and we'll help you make alternate arrangements. We also offer a complimentary pickup service from FedEx. To schedule give us a call or reach out by email. 1-866-237-7954 | info@cashforgoldusa.com

**Can I mail my material in my own packaging?** −

Yes! We can provide you with a free, FedEx shipping label to print out or you can ship us your valuables using a carrier of your choice. If you do choose to ship your item(s), make sure you add tracking to your package to ensure it arrives safely. Cash for Gold USA does not insure packages shipped in this capacity, so you may want to elect to insure your item(s) yourself.
All shipments should be sent to:
CFG-USA
6 Perry Dr.
Foxboro, MA 02035

**If I'm unhappy with my offer, will it cost me anything to get my item(s) back?** −

Absolutely not. If you deny our offer we'll return your item(s) to you free of charge without any hassle.

**How do I know my material is safe and secure? What about when it gets to your refinery?** −

We insure our SAFEPAKS and APPRAISAL kits through Loyd's of London. The SAFEPAK was designed specifically to keep your material safe and secure throughout the entire shipping process. And FedEx Express is one of the most trusted carriers in the world. Finally, our TRACKING SYSTEM allows you to track your shipment throughout every step of the process until it arrives at our facility which is constantly monitored by closed-circuit security cameras.There's a reason more than 250,000 customers and have been paid over $53 Million by us. It's because the transaction is safe. That's why we have hundreds of 5-star reviews.

**Do you buy diamonds?** —

Cash for Gold USA buys diamonds. If your material contains diamonds we will have them appraised and offer you our most competitive price. Your payout will depend upon the 4 C's: color, cut, clarity and carat of your diamond(s). Because we do such a high volume of business, Cash for Gold USA does not offer a stone removal service.

**Do you buy Dental Scrap? And if so, what? And is it safe to ship?** —

We buy all Gold or Silver Crowns, Bridges, PFM's, PFG's, Inlays, and Caps with or without the bone or porcelain. All of the material has been approved for shipping by OSHA, DHS and the EPA. Visit US at: **Cash For Dental Scrap**

**Do you buy Silver or Sterling Silver?** —

You can also sell us your Sterling Silver Jewelry, Flatware & Serving Pieces. If you have some silver items you would like us to buy, you can do so here by filling out the short form, so you can easily ship us your silver items and get an offer fast within 24 hours!

  

Blog     Locations     FAQ's     Our Partners     Affiliate Registration     Contact Us     Reviews

Tracking     Sitemap

Copyright 2022 Cash for Gold USA All rights reserved.

  1-866-237-7954   Track Your Shipment

# SELL YOUR GOLD



Whether you need fast cash for expenses or simply want to trade in old or broken jewelry, selling unwanted items to a dedicated buyer of gold and other precious metals is a great way to get a fair, fast payout for your items. At Cash For Gold USA, we make the process easy, secure, and risk-free. Wondering how much you can get for your gold? **See our previous payouts**.

## What We Buy

- Gold Rings
- Gold Jewelry
- Gold Necklaces
- Gold Charms
- Gold Watches
- Gold Coins
- Broken Gold Jewelry
- Gold Bracelets
- Diamonds

## About Cash For Gold USA

Cash For Gold USA is proud to be one of the nation's most reputable online gold buying companies. Despite the focus on gold in our name, we also deal in other valuable precious metals, including silver, platinum and palladium. We've got 35+ years of experience in the scrap metals industry, and since 2005 we've paid more than 250 million customers over $50 million for their broken or unwanted precious metal jewelry.

$156,649,349 PAID TO DATE

Get a 10% Bonus Today!

**1** How do you want to ship your items?
- USPS Mailer (Fast)
- FedEx Label (Fastest)

**2** Contact Information
First Name   Last Name
E-mail   Phone No.

GET PAID TODAY

By signing up you agree to Cash for Gold USA **terms & conditions**.

We know that you want to get the most cash as soon as possible, which is why we strive to make the selling process quick and easy. Unlike pawnbrokers who focus primarily on issuing collateral loans and reselling pawned items, dealing in metals is all we do. While a pawn shop might have some understanding of what your jewelry might be worth, our experts can give you the most accurate value for your gold and offer you the highest payouts.

## How Much Is My Gold Worth?

If you'd like to estimate your gold's value at home, first determine its weight and its karat value. Gold jewelry is typically marked somewhere with its karat value, which is defined by the purity of the gold that was used (in other words, the percentage of actual elemental gold present in the piece). The higher the purity, the greater the value will be.

The following are commonly used karat weights and their respective gold purity:

- 24k: 99.99% gold
- 22k: 91.67% gold
- 18k: 75.00% gold
- 14k: 58.33% gold
- 10k: 41.67% gold
- 8k: 33.30% gold

At Cash For Gold USA, we're focused on the raw value of the gold material used to make the piece in question. Because of this, our appraisals are based only on the value of the gold content and not on the aesthetic, numismatic, or collectible value of the item.

## Valuable Gold Items You May Have Sitting Around Your Home

You could have high value gold pieces in your home that are just collecting dust or languishing in storage. Here are three common types of household gold items that you can turn into cash:

- **Scrap gold:** Do you have gold accessories you haven't worn in years and which no longer have any market value beyond its gold content? You can sell good accessories as scrap, as the gold can still be melted down and recycled.
- **Broken gold:** If you have a broken piece of gold jewelry or even a gold part that broke off from a larger piece, you can also sell these for their gold content. Things like gold watch bands, gold chains, gold ring bands, and broken gold bracelets can be sold whole or in part to a gold buyer.
- **Gold coins:** Though these are less common than gold jewelry and accessories, some people have coins at home that they have either inherited or collected as an investment. For example: the U.S. Mint produces various sizes of gold bullion coins—if you have them, they can be sold to a gold buyer at any time for their current value.

## How To Test Gold At Home

If there is no karat marking or you're not sure whether an item is made from real gold or has been plated, there are a few simple at-home tests you can do to find out.

- Rub the item against a piece of unglazed porcelain. If it leaves a black streak, the item is made from pyrite ("fool's gold") rather than real gold. If the streak is gold-colored, it is made from real gold.
- Hold a magnet above the gold item. Gold is not magnetic, so if your item is attracted to the magnet, there are significant impurities in the metal. The low purity also tells you it's not likely to have a very high karat value.
- If the item passes these two tests, you might choose to purchase a home gold testing solution from a store. These can help you get a more accurate idea of how pure the gold material is.

Keep in mind that even commercial home testing solutions are only rough field tests and cannot tell you the exact composition of your gold items. The only way you can be certain of an item's purity and value is to have it assessed by a professional with access to proper equipment.

## Sell Gold Online: Our Process

Here's how it works when you sell us your gold, silver, and other precious metal items:

1. Fill out our online form to request free USPS or FedEx shipping. In response, we will mail you a SAFEPAK, a USPS mailer or provide you with a FedEx shipping label that is insured up to $5,000.
2. Once you receive the SAFEPAK or FedEx shipping label, package up your gold, silver, platinum, and/or palladium items and use the provided label to ship us your valuables at no charge to you.
3. Within 24 hours of receiving your items, our experts will determine the value of the pieces and we will email you a quote.
4. If you are satisfied with our offer, simply accept it and we will rush you out your payment. If you deny the offer, your items will be promptly returned free of charge.

## Buy and Sell Gold Online

Ready to get started? Now is the time to sell your gold online by **filling out the form** or call our team at (866) 237-7954 to learn more.

  

Blog    Locations    FAQ's    Our Partners    Affiliate Registration    Contact Us    Reviews

Tracking    Sitemap

Copyright 2022 Cash for Gold USA All rights reserved.



**Jewelry**

## About Cash For Gold USA

Cash For Gold USA is proud to be one of the nation's most reputable online gold buying companies. Despite the focus on gold in our name, we also deal in other valuable precious metals, including silver, platinum and palladium. We've got 35+ years of experience in the scrap metals industry, and since 2005 we've paid more than 250 million customers over $50 million for their broken or unwanted precious metal jewelry.

We know that you want to get the most cash as soon as possible, which is why we strive to make the selling process quick and easy. Unlike pawnbrokers who focus primarily on issuing collateral loans and reselling pawned items, dealing in metals is all we do. While a pawn shop might have some understanding of what your jewelry might be worth, our experts can give you the most accurate value for your gold and offer you the highest payouts.

## How Much Is My Gold Worth?

If you'd like to estimate your gold's value at home, first determine its weight and its karat value. Gold jewelry is typically marked somewhere with its karat value, which is defined by the purity of the gold that was used (in other words, the percentage of actual elemental gold present in the piece). The higher the purity, the greater the value will be.

The following are commonly used karat weights and their respective gold purity:

- 24k: 99.99% gold
- 22k: 91.67% gold
- 18k: 75.00% gold
- 14k: 58.33% gold
- 10k: 41.67% gold
- 8k: 33.30% gold

At Cash For Gold USA, we're focused on the raw value of the gold material used to make the piece in question. Because of this, our appraisals are based only on the value of the gold content and not on the aesthetic, numismatic, or collectible value of the item.

**Valuable Gold Items You May**

  **1-866-237-7954**  Track Your Shipment 

# WHERE TO SELL YOUR GOLD (AND HOW



You might unknowingly have an untapped source of cash just lying around your house. Accessories you don't wear anymore, jewelry gifts from an ex, old coins, and other such items could be sold as scrap gold. With gold prices up **roughly 20% since 2011**, now is the time to take advantage of it.

## Table Of Contents

- What Is The Best Place Online To Sell Gold?
- Where To Sell Gold: Should I Sell Online Or To Gold Buyers Near Me?
- What You Should Know About Selling Gold
- Where Do I Find Gold Buyers?
- What's The Best Way To Get Cash For Gold?
- How Do Online Gold Buyers Compare To The Gold Places Near Me?
- Variety Of Choice: Your Options For Local Physical Stores Are Limited
- Where Can I Sell My Gold Near Me?
- How Much Is Gold Actually Worth?
- How Much Money Can I Get For My Gold?
- How Do I Check The Current Price Of Gold?
- Is It A Good Time To Sell Gold?
- Can I Make Money By Selling Gold?
- How Much Money Does Gold Usually Sell For?
- Is It A Good Idea To Sell Gold For Cash?



**$156,649,349**

**PAID TO DATE**

**Get a 10% Bonus Today!**

1 **How do you want to ship your items?**
- USPS Mailer (Fast)
- FedEx Label (Fastest)

2 **Contact Information**

First Name | Last Name
E-mail | Phone No.

**GET PAID TODAY**

By signing up you agree to Cash for Gold USA **terms & conditions**.

- Can I Sell Palladium For Cash?
- **Sources**

# What Is The Best Place Online To Sell Gold?

We can confidently say that **Cash For Gold USA** is the #1 place to get cash for gold and jewelry online. Here's why:

- We guarantee our customers the highest price for gold, coins, diamonds, and more.
- We make all payments within 24 hours.
- We provide free shipping materials that can be picked up from your door.
- We're insured by Lloyd's of London for up to $100,000.
- We pay 3 times more cash for gold than our competitors, as confirmed by Fox Business News.
- Items shipped to us within 7 days receive a 10% bonus over estimated gold resale value.

# Where To Sell Gold: Should I Sell Online Or To Gold Buyers Near Me?

We've all seen signs for local cash-for-gold businesses, pawn shops, and jewelers who will buy unwanted jewelry and precious metals. They may be perfectly reputable, but being close by isn't an indicator of quality or trustworthiness. You're also working with a relatively small set of options based solely on location.

When you **sell your gold online**, you have access to a wider variety of companies from the comfort of your home. In this case, you can choose the best buyer for you—not just the best one within 25 miles. Online buyers also don't have the overhead costs of running a brick-and-mortar store, so they're more able to offer higher prices. There's also strong competition online, which can drive up the amount they pay.

# What You Should Know About Selling Gold

Sellers have a lot of questions when it comes to their gold items. This resource covers all the common questions below as well as FAQs on gold value, price, etc. and other precious metals.

- Where do I find gold buyers?
- What's the best way to get cash for gold?
- Where can I sell gold for cash near me?
- How much is gold actually worth?
- How much money can I get for my gold?
- How do I check the current price of gold?
- Is this a good time to sell gold?
- How much money does gold usually sell for?
- Is it a good idea to sell my gold for cash?

13

same general process. Here's what happens, step by step.

1. You provide the buyer with the gold items you want to sell (jewelry, scrap, coins, etc.).
2. The items are weighed to determine their karat weight.
3. The buyer calculates a value based on the weight of the items and the market price of gold, then makes you an offer.
4. You either agree to the amount and complete the sale, or you decline and get your items back.

If a company does not guarantee that you will get your items back if you don't **sell your gold**, that's a red flag that you shouldn't sell with them. Always make sure to ask if you don't see it stated anywhere.

## How Do Different Buyers' Prices Compare to One Another?

Different gold buyers offer different rates, so it's very important to compare prices and get an idea of what you can expect before you sell. Buyers start by determining the base market value of your gold items using its karat weight and the market price of gold at the time. However, the amount you'll actually be offered depends on what percentage of that value the buyer is willing to pay you for it. A buyer that is focused on minimizing costs will probably offer a lower percentage than a buyer focused on competing for customers.

For reference, traditional gold buyers commonly make around 20% on a gold transaction. Online gold businesses face more pressure from competition and have less overhead, so they can take as little as 3-5% and still be profitable.

## How Much Is Gold Actually Worth?

The value of a gold bar, coin or piece of jewelry is based on the karat weight of the gold and the current market price of gold bullion. As of September 21, 2020, the U.S. market price for gold was listed at $62.67 per gram, or $1,920.85 per ounce.

Unless the gold is of the highest purity (24k or 99.9% gold), the weight of a particular item isn't the same thing as the karat weight. The karat weight—and therefore the value of an item only refers to the weight of its gold content.

The ratio of gold to other metals ("impurities") is its purity. If it's made from an alloy with other metals, it has a lower purity and will therefore have a lower value as gold scrap. For example: White gold is technically an alloy that contains approximately **75% actual gold**. This means that selling white gold will get you about 75% of what you'd get for the same amount of 24k gold.

## How Much Money Can I Get For My Gold?

**cash for gold**.

**Cash For Gold USA** ensures that you get all the money you deserve for the items you sell.

## How Do I Check The Current Price Of Gold?

The market price for gold fluctuates and can rise or fall rather quickly. If you want to know the price of gold at a given time, you can generally find up-to-date information on U.S. gold values via an online search. If you're using the information to estimate how much you can **sell your gold** for, you can also find the current market price of gold bullion at the top of our online gold calculator.

## How Do I Calculate the Amount of Cash I Can Get for Gold Right Now?

You can estimate the amount you can make from selling your gold using the weight of the item, the purity of the gold, and the current market price for pure, 24k gold bullion (make sure you use the same unit of measurement for both weight and price). If the item is made from 24k gold, you can simply multiply its weight by the current market price. If the item is not made from 24k gold, you'll need to multiply again by the percentage of pure gold in the material.

For example:

- You weigh a 24k gold chain at 18 grams. It's August 28th, 2020, and the current market price is $67.79 per gram. $67.79 x 18 = $1,220.22.
- The chain is made from 18k gold instead. With 18k, this means the material contains approximately 75% pure gold. $1,220.22 x 0.75 = $915.17.

If you don't want to do all that math, you can skip all of that effort by going directly to our **online gold calculator**. Just put in the weight of your item and the purity of the gold, and our calculator will do the rest.

## Is It A Good Time To Sell Gold?

## Why Should I Sell to Cash For Gold USA Instead of Selling Cash for Gold Near Me?

Wondering where to sell gold? Here's why we're confident we offer the **best way to sell gold** coins, jewelry, and other items online:

- As an online company we have fewer expenses than an in-person gold buying business, which makes us able to offer higher, more competitive prices for your gold.
- We pay about 3 times more than other online gold buyers, as confirmed by Fox Business News.
- There's no risk, and you get the maximum amount of money for your items.

When you choose to sell with a reputable buyer like **Cash For Gold USA**, you can trust that we are a legitimate operation and not a scam. Unfortunately, the gold trading industry is a **popular target for scammers**.

## Is There Anything I Shouldn't Sell to Cash For Gold USA?

At **Cash For Gold USA**, we'll pay cash for a wide variety of gold items. We are a scrap gold buyer, which means that the amount of money we pay you is determined solely by the value of the item's gold content. We can't assess the value of things like craftsmanship, branding, historic significance, or rarity.

If you want to sell us a rare or designer-marked item, we can still offer you cash equivalent to the current value of the gold in it. However, we might not be the best fit for things like these. If the item has some manner of artistic, collectible or historic value, you may want to find an appraiser or specialty buyer who can evaluate those non-material traits.

# Gold FAQs

If you have questions about gold, you might find these answers to frequently asked questions helpful.

## Why Is Gold Valuable in the First Place?

Gold is a naturally occurring metallic element. Though many have tried, there is no known way to artificially manufacture gold, which means it's finite. Even if we were able to mine all of the gold on the planet, that's all we'd ever have (unless we find it in space). Because there's a limited supply of gold and a lot of demand for it, it's naturally valuable as a commodity.

Gold is beloved for its beauty and has been a desirable material for jewelry and other accents throughout human history. It's also

There are three primary ways that gold buying companies make money:

- Buying gold in various forms and selling it to other buyers at a higher price
- Buying broken or otherwise unwanted "scrap gold" items (gold teeth, old jewelry, etc.) and selling it to a smelter who will melt and repurpose it
- Buying and keeping gold until its value increases, then selling it for a higher price

Whatever method a buyer uses, the key is consistently selling the gold they've purchased for more than what they paid for it.

## How Do I Choose a Trustworthy Gold Buyer? What Should I Look for Online?

One of the challenges of buying and selling gold is that some scammers have used the industry to take advantage of innocent customers. To make sure that the company you **sell your gold** to is a legitimate, reputable one, do the following:

- Check online customer reviews (Yelp, Google, etc.) and look for any ratings from the Better Business Bureau.
- Do a Google search for information and reviews about the company.
- Look for gold buyers who offer insurance for your item(s).
- Choose a buyer that guarantees to return your gold to you for free if you choose not to accept their quote.
- Find out whether the buyer is a member of a jewelry trade association, like the **Jewelers of America**. If they are, it means that the association deems them reputable and holds them to a high standard of ethics.
- Ask trusted individuals for recommendations, if they have any.

## How Can I Find Gold Places Near Me?

There are lots of ways to find gold buying businesses in your area. You can do a Google search, ask friends and family for recommendations, or look through local businesses on review sites and social media. If you prefer, you can also go online and **sell your gold from home**.

# Gold Bullion FAQs

If you have questions about how gold bullion works, take a look at the following helpful information.

## What Is the Value of Gold Bullion?

The term "gold bullion" refers to 24k gold that is traded in the form of a bar, coin, or ingot. The market price for gold is based on the price of 1 ounce of gold bullion. The value of a particular bar or coin

from silver or copper, and the gold is applied using an electrochemical or chemical method.

## What Is White Gold Made Of?

Although white gold has "gold" in its name, it's actually an alloy made from gold and another metal, such as platinum or nickel. It commonly contains around 75% gold content.

## How Do I Sell Gold Jewelry

You can **sell gold jewelry for cash** by taking your items to a cash-for-gold exchange, pawn shop, jeweler or other such buyer. You can also **sell your gold jewelry from home** by working with an online scrap gold business. Online gold buyers are accessible from anywhere and commonly offer better, more competitive prices.

## Where Is the Best Place to Sell Gold Jewelry?

You can sell old, broken, or unwanted gold jewelry in person to a jewelry store, pawn shop, or other cash-for-gold buyer. However, your best bet is to **sell your gold** with an online buyer like **Cash For Gold USA**. We can offer you higher prices for your gold jewelry than competitors both on and offline. We also provide free shipping materials and will pay you within 24 hours of receiving your items.

If the gold jewelry you're selling is a designer piece or has some sort of historical or collectible significance, you might want to sell it to a jeweler or other specialty buyer. You can sell it to a scrap gold buyer, but the amount they pay will be based only on its gold content and not on its brand name or artistic value.

# Scrap Gold FAQs

Want to **sell scrap gold** for extra cash? Take a look at these FAQs to learn more about how it works before you get started.

## What Does "Scrap Gold" Mean?

Scrap gold is generally defined as any gold item that has no real use in its current state. For example, there's no clear use for a broken gold necklace or a piece of gold dental work. Even a low-end piece that you just don't want anymore can be sold as scrap for the value of its gold. Companies like ours buy scrap gold and melt it down to make bullion for gold resale.

## What Is the Value of Scrap Gold?

The value of a scrap gold item depends on its weight, the purity of the gold, and the current market price of gold. The price of gold as of August 28, 2020 was listed at an impressive high of $1,921.93 per ounce ($67.79 per gram).





**SELL YOUR SILVER**

If you've got broken jewelry, dented silverware, and dirty coins lying around, you may be sitting on money you didn't know you had. Whether you need to pay an unexpected bill or just want a little extra spending money, we'll give you the best possible price for your unwanted silver in a way that's fast, easy, and secure.

## About Cash For Gold USA

Cash For Gold USA is a reputable online buyer of precious metals like silver, gold, platinum, and palladium. We've been in the scrap metal business for over 35 years, and we've paid out more than $50 million to our customers since 2005 alone. Unlike pawnbrokers, we focus solely on dealing in metals. This expertise allows us to give you the most accurate, up-to-date values for your items.

## How Much Is My Silver Worth?

At Cash For Gold USA, the condition or appearance of your silver isn't important. All of the material we purchase gets melted down, refined, and recycled, so we buy silver items of value regardless of how damaged, broken or ugly they are. The amount we pay for items is based only on the ratio of silver to non-silver in the material, a characteristic known as purity.

In the U.S. market, silver items typically fall into one of four common purity grades:

- Fine silver (.999, or 99.9% silver)
- Sterling silver (.925, or 92.5% silver)
  - We focus primarily on this grade of silver, as it is the most common and can be made into the widest variety of

**$156,649,088**

**PAID TO DATE**

**Get a 10% Bonus Today!**

**1** How do you want to ship your items?

○ USPS Mailer (Fast)

○ FedEx Label (Fastest)

**2** Contact Information

First Name | Last Name

E-mail | Phone No.

**GET PAID TODAY**

By signing up you agree to Cash for Gold USA **terms & conditions**.

1-866-237-7954

Track Your Shipment





**$9,580.41**    **$1,883.49**    **$4,941.60**

GET PAID TODAY

By signing up you agree to Cash for Gold USA **terms & conditions**.

## Our Appraisers Are Gem Institute Of America Certified

We pride ourselves in having the industry leading GIA certified assays that will accurately appraise your material and help you get the most for your gold, silver, and diamond materials.

**What's Your Stuff Worth?**

GOLD CALCULATOR

| Gold | Silver | Diamonds |

? Weight    0    g

? Karats    14K

=    $0

Today's Gold Price: $1836.70/oz

Estimate does not reflect payout

powered by **Cash For Gold USA**

## We Cover ALL Shipping Fees!

Cash for Gold USA never charges for brokers or assay fees. Unlike other buyers, we cover ALL the costs of shipping and insuring your property so that you'll receive more money.

## Let US Do The Work!

We calculate the amount you'll receive based upon the current market price at the time of assay. And we offer a graduated payment scale based on both the weight and purity of the gold in the items you send us. Cash payments are calculated in pennyweights (DWT) which is the standard in the precious metals business worldwide.

*Prices show are not quotes. Additional factors play a role when determining the value of your material such as weight, purity, volume, market value the day your items are received as well as the costs associated with evaluating your material. All shipments are insured and covered by Cash for Gold USA 100% Satisfaction Guarantee. If you are for any reason unsatisfied with our offer we will ship your items back to you without any hassle.

Blog    Locations    FAQ's    Our Partners    Affiliate Registration    Contact Us    Reviews

Tracking    Sitemap





Here is a listing of reasons why you should consider Cash For Gold USA if you want to sell your Rolex for cash:



### We Pay 3x More

Fox News undercover investigation discovered we typically pay out 3x more than our biggest competitor. That's why we were named one of Inc. 500's fastest-growing companies in the United States.



### Insured shipments

When you send your Rolex to us via FedEx, your shipment is insured up to $100,000, and you have the option of obtaining additional insurance as well.



### Fast service

We'll send an offer for your Rolex watch no later than 24 hours after your Appraisal Kit arrives at our office.



### Free appraisal

We do all our appraisals in house, with our certified technicians, and we don't charge our customers for them.



### No obligation

You don't have to accept our offer if you're not thrilled about the amount of money we're willing to pay. If you decline the offer, we'll ship your Rolex watch back at no charge to you.



### Multiple payment options

You have your choice of receiving payment by check or PayPal.



### Price match guarantee

We're willing to match the price of any competitor out there.



### Tons of positive reviews

We have literally hundreds of five-star reviews over on ShopperApproved.com.



### Experience

Cash For Gold USA was founded in 2005 and we have amassed a considerable amount of expertise pertaining to gold, silver, diamonds and pre-owned luxury watches.

Sell Your Rolex For the Most Cash Now!

## Sell Your Rolex For the Most Cash Now!

**GET STARTED**

**5-Star Customer Rating**

★★★★★

December 21, 2021 by Lk (GA, United States)

"Great quick service."

★★★★★

December 14, 2021 by Chuck (OH, United States)

"Good experience and top dollar for item"

**Read More Reviews...**

With over 250,000 customers served and $50,000,000 paid out to those customers since our inception in 2005, **Cash for Gold USA** is one of the largest online B2C gold buyers in the world.

We pay **Cash for Gold** for a variety of items including **Scrap Gold**, **Broken Gold Jewelry**, **Gold Watches**, **Gold Coins** and more. If you are looking to **sell gold**, you have come to the right place. You can also always check the current **price of gold**.

## FAQ'S





## Frequently Asked Questions

**Q: What can I send in?**

**A:** You can mail us any material containing gold, silver or platinum. That includes anklets, bracelets, brooches, chains, charms, clasps, coins, dental scrap (Gold or Silver), earrings, gold solder, ingots, links, necklaces, nuggets, pendants, pins, rings, shot, watches & bands, wire (Gold or Platinum) & EVERYTHING ELSE! All Karats Accepted: 8k 9k 10k 14k 15k 18k 22k 24k. And if you're not sure of something, either mail it to us and let our experts make the determination or give us a call and we may be able to help you over the phone.

**Q: Do you guys buy broken jewelry?**

**A:** As long as it contains gold, silver or platinum, we will pay you for it. The material's value is based on its weight and purity — NOT its condition.

**Q: What if my material does not fit in the SAFEPAK?**

**A:** No problem. No amount is too small or too big. We are equipped to handle all shipments regardless of size. Contact us either by phone at 1-866-237-7954 or email and well help you make all of the necessary arrangements.

**Q: Can I mail my material in my own packaging?**

**A:** Sure. Dont forget to include y our return information and address. You can ship your material to us at:

CFG-USA
15 Dan Road
Suite 150
Canton MA 02021

**Q: If I'm unhappy with my settlement, will it cost me anything to get my material back?**

**A:** Absolutely not. If you deny our offer we'll return your item(s) to you free of charge without any hassle.

**Q: How do I know my material is safe and secure? What about**





How Much Is an Olympic Gold Medal Worth?

August 2, 2021

**READ MORE**

Everything You Need to Know About Selling Gold Online

April 29, 2020

**READ MORE**

Is It Better to Pawn or to Sell Your Gold

April 27, 2020

**READ MORE**

1 2 3   ›

With over 250,000 customers served and $50,000,000 paid out to those customers since our inception in 2005, **Cash for Gold USA** is one of the largest online B2C gold buyers in the world.
Why else should you trust CashforGoldUSA.com with your gold items:

- In an undercover investigation, FOX News found that we pay 3x more cash than the competition
- It's FREE to send in your materials - simply fill out the form above and we'll send you a secure, prepaid envelope which you can use to mail us your jewelry risk-free without any hassle
- We insure your package for up to $1,000 so you can rest assured your items are safe
- Several clients have been paid out over $20,000 for the gold, silver and diamonds over the years
- We offer consumers a two week (14 day) Satisfaction Guarantee to "back out"
- Our Price Assurance Guarantee *If you are not satisfied with your payment for any reason, simply notify us, then return your check within 10 days of the date printed on the check and your items will be returned to you free of charge.* Norman Schneider, CEO.

We pay **Cash for Gold** for a variety of items including **Scrap Gold**, **Broken Gold Jewelry**, **Gold Watches**, **Gold Coins** and more. If you are looking to **sell gold**, you have come to the right place. You can also always check the current **price of gold**.

Blog      Locations      FAQ's      Our Partners      Affiliate Registration      Contact Us      Reviews      Tracking

Sitemap

Copyright 2022 Cash for Gold USA All rights reserved.



**CONTACT US**

**If you have any questions, please contact us**

Toll Free: 1-866-237-7984

Email us at: **info@cashforgoldusa.com**

**Hours of Operation**
Monday – Friday 9:00am – 5:00pm EST

For **Additional Insurance** (up to $100,000.00 USD), please email images of your items to: **info@cashforgoldusa.com**

Customer Service: **cservice@cashforgoldusa.com**

Press: **press@cashforgoldusa.com**
Marketing: **marketing@cashforgoldusa.com**
Legal: **legal@cashforgoldusa.com**

**PLEASE SHIP ALL MATERIALS TO:**
CFG-USA
15 DAN ROAD
SUITE 150
CANTON, MA 02021

**Corporate Office:**
**Cash for Gold USA**
15 DAN ROAD
CANTON, MA 02021

**Website: www.cjenvironmental.com**

Phone: 1-866-237-7984

$ 1 5 6 , 6 4 9 , 3 1 0
**PAID TO DATE**

**Get a 10% Bonus Today!**

1   **How do you want to ship your items?**
   ○ USPS Mailer (Fast)
   ○ FedEx Label (Fastest)

2   **Contact Information**
   First Name    Last Name
   E-mail    Phone No.



# REVIEWS



★★★★★

December 21, 2021 by Lk (GA, United States)

"Great quick service."

★★★★★

December 14, 2021 by Chuck (OH, United States)

"Good experience and top dollar for item"

★★★★★

November 24, 2021 by Shawn (NJ, United States)

"Very quick appraisal and offer. Payments are processed quickly too! Highly recommend!"

★★★★★

November 18, 2021 by J.R. S. (TX, United States)

"Wick response. Thank you"

★★★★★

November 6, 2021 by Kathleen (TX, United States)

"Good price for the silver and quick and efficient service."

★★★★★

October 29, 2021 by Nat (PA, United States)

"Great, quick and efficient!!"

★★★★★



was very pleasing from the beginning. I knew the process went, and I will be recommending Cash for Gold USA to everyone I know"

★★★★★

August 5, 2021 by Martha (KY, United States)

"It was a great experience from my first contact online through mailing in my packet and getting a very nice offer!"

★★★★★

August 5, 2021 by Anonymous (MI, United States)

"Very fast and courteous service. Kept in touch with me via text at all times. Very much appreciated that."

★★★★★

July 20, 2021 by Andrea (United States)

"Love the speed and offer, fast and efficient"

★★★★★

July 7, 2021 by Peter (MA, United States)

"Quick turn around time. The customer service responded in a courteous manner. I will be a repeat customer."

★★★★★

June 26, 2021 by James (NC, United States)

"Very easy and convenient. Quick and very fair offer!"

| 1 | 2 | 3 | › |   Display Options   Featured Reviews ⬦

**$156,649,351**
**PAID TO DATE**

Get a 10% Bonus Today!

1  **How do you want to ship your items?**
   ○ USPS Mailer (Fast)
   ○ FedEx Label (Fastest)

2  **Contact Information**

| First Name | Last Name |
| E-mail | Phone No. |

**GET PAID TODAY**

By signing up you agree to Cash for Gold USA **terms & conditions.**

Blog    Locations    FAQ's    Our Partners    Affiliate Registration    Contact Us    Reviews    Tracking
Sitemap

Copyright 2022 Cash for Gold USA All rights reserved.



# WE BUY SCRAP GOLD

## Sell Your Scrap Gold, Scrap Silver And Dental Scrap

**Scrap gold** consists of any gold material containing a value higher than the costs associated with processing and recycling it. Due to the current **gold market**, this pretty much includes anything containing gold: gold coins, chains, charms, bracelets, necklaces, watches, class rings, dental gold, pendants, earrings, rings, gold Links, gold ingots, bars, electronic components like gold printed circuit boards, gold pin processors– absolutely anything and everything containing gold. **Cash for Gold USA** buys it all!

## Scrap Gold Calculator

Easily estimate the value of your scrap gold using our gold calculator.

To determine the final value of your scrap gold, request a **FREE SAFEPAK** by filling out the Form and we'll send you our secure, USPS prepaid envelope so you can safely ship us your **scrap gold and scrap silver**. We'll ensure you get the highest cash payment available, but if you're unhappy with the price we quote, we'll safely return your items.

$156,661,589
**PAID TO DATE**

**Get a 10% Bonus Today**

1 **How do you want to ship your items?**
- USPS Mailer (Fast)
- FedEx Label (Fastest)

2 **Contact Information**

First Name | Last Name

E-mail | Phone No.

**GET PAID TODAY**

By signing up you agree to Cash for Gold USA **terms & conditions.**

**GOLD CALCULATOR**

Gold | Silver | Diamonds

Weight  0  g
Karats  14K

=  $0

Today's Gold Price: $1838.25/oz

Estimate does not reflect payout

powered by **Cash For Gold USA**

## What We Buy

We buy all types of **gold jewelry** no matter what the karats grade or color. **We buy**

SELL GOLD
WHERE TO SELL GOLD?
GOLD PRICE CHART
SELL SILVER
GOLD PRICE TODAY IN THE USA
ROLEX BUYERS
OUR PARTNERS
FAQ'S
BLOG
CONTACT US
REVIEWS

APPROVED
336 Ratings

1-866-237-7954

Track Your Shipment

# Exhibit 5



| Home | Blog | Gold Calculator | Silver Calculator | Diamond Calculator | How to Embed |

## GOLD CALCULATOR

**Gold** | Silver | Diamonds

? Weight  `0`  `g`

? Karats  `14K`

=  **$0**

Today's Gold Price: $1838.25/oz

Estimate does not reflect payout

Search  `GO`

### WELCOME TO THE

# VALUE CALCULATOR

Use the calculator to estimate the value of your broken or unused gold, silver and diamonds.

---



## GOLD CALCULATOR

This gold calculator allows you to plug in the attributes of your gold and get an estimated price for it based on the daily price of gold. It's beneficial for you to use this calculator because it will help you understand how much your gold is really worth before you try to sell it on the market so that you can get a fair price for your gold. You can calculate your gold price per gram or the gold value per ounce with it.

**LEARN MORE**

## SILVER CALCULATOR

This silver calculator is a simple online tool that allows you to enter in the attributes of your silver in order for you to figure out its approximate worth based on the silver price of the day. By knowing how much your silver costs before you try and sell it on the market, you'll have a better understanding of how much you should sell it for. This silver calculator is also free source, which means that you can take the code for the calculator and embed it on your own personal site.



**LEARN MORE**



## DIAMOND CALCULATOR

This diamond calculator is an easy-to-use online tool that will provide you with an estimate of how much your diamonds are worth, based on the daily diamond price. All you have to do is enter in the attributes of your diamonds, and you'll be able to get an estimate of how much your stones are worth. You can also take the diamond calculator and embed it on your personal site for free.

**LEARN MORE**

---

# VALUE CALCULATOR

### SITE MAP
Home
Blog
Gold Calculator
Silver Calculator
Diamond Calculator
How to Embed

### CONTACT
info@goldvaluecalculator.com

### SHARE
 

| Home | Blog | Gold Calculator | Silver Calculator | Diamond Calculator | How to Embed |

Search  **GO**

# GOLD CALCULATOR



powered by **Cash For Gold USA**

## FIND THE VALUE OF YOUR GOLD

If you've been looking for a gold calculator online, you're in luck. What you've probably noticed is that the price of gold is the highest it has been in the past twenty years, as evidenced by the fact that everybody and their cousin seems to be advertising the fact that they buy gold. Right now the price of gold is ever rising due to increased investor interest in precious stones and metals, which means that now is an excellent time to sell your gold for cash.

You're likely well aware that gold is a hot item at the market. What you might be less aware of is what, exactly, your gold is worth. Unfortunately, not all of us have gold appraisers lying about the house, and sitting around wondering, "how much is my gold worth?" is not the most productive use of a day. To this end, we've developed online cash for gold calculator – that is, a way to plug in the attributes of your particular gold item and get an estimated price for it based on the gold rate of the day.

This gold calculator can help price your gold items and allow you to enter the gold selling market with more confidence. With the calculator, you can calculate your gold price per gram or per ounce – whichever is more convenient for your needs. With this cash for gold calculator at your fingertips, you will no doubt find it easier and faster to figure out how much your gold is worth and what you should be expecting from reputable gold buyers.

The fact of the matter is that when any commodity becomes a hot market item, there are a slew of companies and people who will try and figure out how to separate you from your wares for as little cost to them as possible. Many people are selling their gold at well below market value simply due to ignorance of the market. With this handy tool, you can figure out how much your gold jewelry, gold bars, or even what your scrap gold price should be. Give it a try!

Even better, the code for this gold calculator online is entirely free. What this means is that if you happen to have a personal website, you can take the code for this gold calculator at no cost and embed it into your own website. Be sure to spread the word about this calculator – nobody should be swindled when they are selling gold! Together, we can work to ensure that those who are selling their gold are protected and everybody gets a fair profit for their wares.

Cash for Gold USA is happy to do its part to protect customers. This cash for gold calculator is just one way we try to make the process easier, simpler, and more profitable for all.

 **VALUE CALCULATOR**

### SITE MAP
Home
Blog
Gold Calculator
Silver Calculator
Diamond Calculator
How to Embed

### CONTACT
info@goldvaluecalculator.com

### SHARE
 



| Home | Blog | Gold Calculator | Silver Calculator | Diamond Calculator | How to Embed |

Search    **GO**

## HOW TO EMBED

### EMBED OUR CALCULATOR ON YOUR SITE

**IT'S FREE AND EASY!**

Below are three sizes of our calculator that you may embed in your site. To embed one of them in your site, follow the instructions below.

1. Choose the appropriate size from the calculators below.
2. Copy the embed code, located below of the calculator that you want to embed.
3. Paste the code into the appropriate area of your CMS or HTML website.



**CALCULATOR SIZE**

Small 180x233 px

**Default Tab**

Gold

**Embed Code**

`<div style="text-align:center"><div><script src="https://cashforgoldusa.com/calc/embed_small.js"></script></div><div style="padding:5px 0px 10px 0px;font-size:11px;font-family:helvetica;">powered by <a style="text-decoration:none" href="https://cashforgoldusa.com">Cash For Gold USA</a></div></div>`

**PREVIEW**

## CALCULATOR SIZES

**SMALL**
180x233px



**MEDIUM**
241x316px



**LARGE**
500x656px



---


VALUE CALCULATOR

**SITE MAP**
Home
Blog
Gold Calculator
Silver Calculator
Diamond Calculator
How to Embed

**CONTACT**
info@goldvaluecalculator.com

**SHARE**

 

3

# Exhibit 6



**Karen Wagner** 💬 doesn't recommend **Cash for Gold USA**.

November 26, 2020 · 🌐

They weren't honest with me!  Totally low balled my items, when supposedly they are the highest payers.  I declined to sell them 1 diamond and agreed to selling a diamond wedding band, a beautiful yellow and white gold tennis bracelet and 3 silver bracelets.  So they lowered the amount by $100.00 told them no, asked them to fo the initial $430.00 and they agreed.  When I hung up,  I didn't feel right about this and knew I could get more selling outright.   So I called them right back within 2 minutes and then told me it's too late your jewelry had already been "dumped" and the check has already gone out.

The "check" was not a check at all, they sent it electronically to PayPal which I did not authorize nor did they offer me a paper check, which they day they always do, so PayPal charged me a fee!  I wanted the $ in my bank account so I had to pay an additional fee to get it transferred.

Scam, think twice before using them!!
Unfortunately I DID NOT and they got me this time!



1





**AJ Semaj**
1 review

 ★★★★★  3 months ago

I sent 4 pieces of jewelry 2 pendants that has diamonds. I paid over $4000 for these pieces and they offered me $341. I call them to make sure that they received all my jewelry because this was clearly a mistake. They said it was correct. I immediately declined and they said they could do $800. I declined again and told them to return my jewelry. It took forever to get my jewelry back. Some of my diamonds was missing from my pendant. PLEASE DON'T SEND YOU JEWELRY TO THESE PEOPLE!!!

👍 3



**Heather Turk**
8 reviews

 ★★★★★  a month ago

This place is a joke! Sent my $4,500 wedding ring to get appraised, I have kids now and wanted something with fewer diamonds. They offered me $150! I told them they were a joke and they offered $200, then told me they were doing me a favor because THEY would actually be losing money. Hilarious. At least they returned it and it didn't get "lost" in the mail

👍 1

**Mark Schmidt**
3 reviews

 ★★★★★  5 months ago

I did 1 deal with them, never again!
50 gram of 11k gold at a scrap gold value is a little over $1100.........OK, a business should be allowed to make a profit.......!!
They paid me $405.......that is not making profit....that is being a predatory company being greedy!!!!
I know, you do not have to except but then again if you wouldn't need the money, you wouldn't sell in the first place.
I had a bad feeling after they didn't wanted to tell me the scrap gold price and the %'s they pay accordingly.
DO YOURSELF A FAVOR AND DON'T DEAL WITH THIS COMPANY!!!!!

👍 4

 **poorvva**
8 reviews · 5 photos

⭐☆☆☆☆  4 days ago  **NEW**

They first of all said that my 8 gram 22k gold ring was 14k and priced it at $100 including the 10% bonus. And when I refused, they returned my ring but it had nicks in multiple places and was actually thinner than my ring. I think they've replaced my ring with a damaged substandard one.

 Like

 **Evan Donald**
Local Guide · 36 reviews · 18 photos

⭐☆☆☆☆  a year ago

Low pay and destroy chains! Beware! Saw ad for most cash for gold. Had a couple unused gold chains. Before I mailed them in I emailed company to ask how much they pay. I received email response saying they pay 82 percent of gold recovered. Great! So I sent in my chains. About 3 weeks later received a check for 60 bucks. What? I called to ask.  They asked if they could bump it up to $100 would I accept? I said no, please send chains back. I had over 10 grams combined of 10k and 14k gold. I would give 2 stars since they returned chains to me, but I am giving one star because both intact chains I sent were returned broken in half. Was this because you guys mad returning chains on your 'risk free' quote? Bologna. Never again

 4

**M** **Melissa Shackelford**
1 review

⭐☆☆☆☆  a year ago

What an absolute joke. You are better off going to a pawn shop or selling your own items on a marketplace. Do not waste your time, they will offer you an absurdly low number- lower than a pawn shop- then call you and ask... wait for it... "what amount are you willing to accept?". Basically they give you an insultingly low offer, expect you to decline, then call you to haggle and give you the absolute lowest you will accept. Do not participate in their charade or believe their fake or *extremely* curated reviews on their website.

 9



**Cameron Goeller**
Local Guide · 123 reviews · 65 photos
★☆☆☆☆  a year ago

False advertising. They offered $36 on a necklace worth $600+ in just gold weight. Absolutely ridiculous.

👍 2

**Sean Duffy**
31 reviews
★☆☆☆☆  2 months ago

Total rip off.

👍 1

**Our World Needs Prayers!**
8 reviews · 1 photo
★★☆☆☆  6 days ago  NEW

I sent in 14kt Gold earrings at 6.4 grams. They first offered me $92.40, yep that's right! I told them to send my items back! They offered me $140.00 and once again i told them to send my items back as my local jeweler offered me $240 at scrap value! They finally consented to that price but, not without an argument! I would use them as a very last resort!!! I did get my check pretty fast and they did have very good communication skills!

👍 Like

**PM**   **Pug mama Bella**
✎ 1 review   ◉ US

★☆☆☆☆   Dec 9, 2021

### Their offer $301.24

Their offer $301.24. Here is what I sent:

15 grams of 10K yellow gold

Emerald and diamond ring

Single 24K earring

1 pair of 18K chandelier earrings

14K yellow gold and 5 carat amethyst ring

14k yellow gold ring with 1/2 carat canary diamond

I declined and I have serious doubts that I will ever see these items again

👍 Useful    ⬇ Share                                    ⚑

---

**HM**   **HMT**
✎ 1 review   ◉ US

★☆☆☆☆   Nov 8, 2021

### Total waste of time

Absolutely laughable! Sent in my $4,500 wedding ring, and they offered me $150. I told them their company was a joke, and they offered me $200 but said THEY would actually be losing money if I accepted the offer haha. Total joke and a waste of time. You can't even leave a review on their website, all their reviews are obviously fake and made by their own company

👍 Useful    ⬇ Share                                    ⚑

 **tamara solomson**

 3 reviews   ⊙ US

⭐️☆☆☆☆                                                    Oct 12, 2021

**Worst I've dealt with yet**

Gave me an absolutely horrible offer $235 for platinum, gold, and multiple diamonds and then claimed it's because it was marked up 20x the value. I have had my jewelry appraised and the appraisal was the value I was going off of not the purchase price. Then they mailed my stuff back rather than sending it Fedex. It wasn't even in the box I sent it in, it was left in a bag to be tangled and damaged and then no signature was required and thousands of dollars worth of jewelry was dropped off at the wrong location and I had to track it down. When I emailed them they said I had to call the police and ZERO acknowledgment of any wrongdoing. RUDE and HORRIBLE customer service with blatant disregard for your things or their value. NEVER AGAIN!

👍 Useful    ⤳ Share                                                    🏳



**Nicole I**

✎ 1 review   ⊙ US

★☆☆☆☆                                                        Sep 16, 2021

### This place is a JOKE!!

This place is a JOKE!!! Sent in two zip lock bags one full of white/yellow gold and the other .925 silver and got an offer of $314.60 lower than a local pawnshop offered me!!! My wedding set that is included in there was almost $3000 by itself and I was offered $2000 for it at a pawn shop!! Contacted them at 15 to 5 and was talked to until 5 and then told someone would get a hold of me tomorrow…Better get all my stuff back or I will hire an attorney, I have pics of everything I sent, the package label of who it went to, the receipt of when it was shipped and the email sent to me with their offer, so I have all the proof I would need!! DO NOT USE THIS COMPANY!!!! Complete SCAM!!

👍 Useful    ⤴ Share                                                          ⚑

**LP**   **Luis Paris**

✎ 1 review   ⊙ US

★☆☆☆☆                                                        Aug 27, 2021

### This place is a scam

This place is a scam. Don't do business with them. Don't mail them your gold. I sent them my gold chain and gold ring and they just email me now after a few weeks an offer of $8. Ridiculous. People please don't mail them any of your gold items. This place is bad news.

👍 Useful    ⤴ Share                                                          ⚑



**Sonali**

 2 reviews   📍 US

★☆☆☆☆                                                    Updated Oct 24, 2020

### Don't sell here! Check their BBB page for other reviews!

I recently sent in a few jewelry items to Cash for Gold USA and had a disappointing experience from start to finish. The most important takeaway for me was that they use a different company name for their refinery, CJ Environmental, and that is the company with their BBB page and their real reviews, complaints, low rating, and lack of tactful, professional, honest customer service. This is the company to whom your mailer is addressed when you send out your items. Do yourself a favor, and review their BBB page before sending them any of your precious jewelry or valuables. I made the mistake of looking at a different company's BBB page with a similar name (no "USA" in their name), so I missed out on the very informative complaints and negative reviews from their real page. Also keep in mind that their high rating on ShopperApproved is from reviews that they prompted customers to post. ShopperApproved cannot be accessed by people who rejected the offered payout or anyone who had a bad customer service experience. Cash for gold USA gets to decide who reviews them. They advertise heavily, which is probably why they can't actually pay out any significant amount for your gold and other metal.

One positive - they send a mailer pretty soon after it's requested. It's mailed with a slow mailing speed, so be ready to wait about a week. The mailer to send it back also uses cheap, slow shipping with really spotty tracking. I packed up my jewelry in the mailer, and there was no form to fill out to verify what was included in my shipment or to verify that the items were my own to sell, which is something that even a pawn shop would ask and record. When the shipment to their facility didn't show tracking for a few days, I reached out to ask if insurance covered my shipment if it were lost in transit. I was told to contact the post office myself, and nobody responded to my follow up question about whether it was insured if the post office never scanned or lost my package. Ultimately it made it to their facility, and I received notification at 9am on a Friday that they received it. When I hadn't heard back by end of day Friday with a quote, I contacted them both by email and phone to say I wanted my items back and a tracking number sent. They didn't

nobody responded to my follow up question about whether it was insured if the post office never scanned or lost my package. Ultimately it made it to their facility, and I received notification at 9am on a Friday that they received it. When I hadn't heard back by end of day Friday with a quote, I contacted them both by email and phone to say I wanted my items back and a tracking number sent. They didn't reply over the weekend, and I followed up again. They don't seem to return phone calls or answer their phone if you have an issue. I was given my quote Tuesday morning, which I declined immediately. It was about 1/3 of spot price for 14k gold jewelry. I had already asked to have my items back by this point, but I asked again. An automated email was sent that had a blank space where tracking info was meant to be. I followed up yet again to get a tracking number. Customer service did give me a tracking number, and my items arrived back to me. HOWEVER, this was NOT "risk-free" as they claim. My jewelry had rough spots that were damaged. I thought they were just accidentally damaged, and when I reached out to another (proper BBB accredited) gold refinery to process my items, I was informed that an acid test had been used on my jewelry, and that causes permanent damage. So if you're unsure if you want to keep your jewelry or items, DO NOT send them here!! They will damage your belongings in the process of testing them using an outdated, cheaper technique that will cost you more money to get polished out if you want to keep your items or try to sell anywhere else. This was my first experience with mailing in gold items to a refinery, and I wish I had never wasted my time with them.

 Useful **2**     Share



**Dan Burrough**

🖉 1 review   📍 US

⭐️☆☆☆☆                                              Dec 15, 2020

### Do not use this gold scammer

Do not use this gold scammer. They will lowball you on the first price and even after negotiating they will only go up to about 70% of the pure gold value. I would recommend a refinery vs them anytime. Just search for gold refineries and call them to ask what price per gram they will offer you on that day.

👍 Useful      ⤴ Share                                              🏳



**Taylor Aaron**

🖉 1 review   📍 US

⭐️☆☆☆☆                                              Jun 8, 2021

### 0000 stars

They're idea of top dollar was $38 for half a pound of 925 jewellery. I have receipts and paid around $300 for the collection. And 925 is about $25 an ounce rn, you do the math! Complete scam!!!!

👍 Useful      ⤴ Share                                              🏳



11



**Shanah**

✎ 3 reviews   ⊙ US

★☆☆☆☆                                                    Jul 15, 2021

**Very dissatisfied customer and still don't have my stuff back**

They seriously low balled me on a ton of jewelry I sent them. They said they needed to send a lot of it back because they didn't "contain aftermarket value." However, they didn't state which items those were. They claimed to send my stuff back but it's been over a month and I've not seen any of it back. I've reached out to them multiple times and gotten little to no response. The last thing I heard was almost 2 weeks ago when I was told they had forwarded my information to a supervisor who was looking into it. And nothing since. I am seriously unhappy and want either all of my stuff back or a fair price for the items they have never returned. This is a huge scam!

👍 Useful    ⌁ Share                                          ⚑

**Complaint Type:** Problems with Product/Service   **Status:** Answered 

11/27/2021

 I sent several pieces of jewelry to Cash for Gold USA. It consisted of several necklaces, watches and bracelets. I received a response back from them by email stating an offer of $15. I declined the offer and requested my jewelry be sent back. I received my jewelry and after going through it with the inventory and pictures I had taken before I sent it out it seems I am missing a blue faced fossil watch, a couple of gold necklaces and a couple of silver necklaces. I contacted them with no response. All together the jewelry that wasn't returned is valued at $200.

CJEnvironmental

**Response**                                                              11/30/2021

All your material was returned back to you.

**Complaint Type:** Problems with Product/Service     **Status:** Answered 



11/26/2021

I sent my family diamond ring to them because their site offers free appraisals and an offer within 24 hours and said it was a member of the BBB. My ring was appraised for insurance purposes years ago for over *******. I didn't expect an offer anywhere near that but they only offered $405 which I promptly declined and called to find out what the appraisal was based on their advertising. I was connected with a person who couldn't even initially tell me what size the diamonds were. I finally got an email from him saying what the cut and clarity was of the main diamond but not the other 4. It was ridiculous. It wasn't an appraisal at all. Not even for wholesale value and he seemed to know nothing about my ring or the other 4 diamonds. They went up to $900 and I still turned it down and said I wanted it returned via ***** insured the way I sent it to them and was told it would be returned. It has now been a week and I am getting texts like I haven't even sent them the ring and have already called multiple times. 1. They do NOT offer appraisals. They should not be able to advertise that. They are like a **** shop and just offer you a cash offer.2. The appraisal took 4 business days from the time I sent it overnight. NoT 24 hours as advertised all over their website.3. They did not and have NOT returned my ring promptly no questions asked as advertised. It has been a week and I still don't even have a tracking number.4. They sent me a text saying I accepted their offer and I had NOT and called the guy back and followed up with the attached email and another phone call to customer service another day. See texts asking me to send it in like they don't have it!Very scared I may not get my ring back and if I do it won't have the 1930's ***************************** from my Great Great Aunt with the original cut.Please help



**Response**                                                                                     11/30/2021

*9410 **** **** **** **** 62 is your tracking number.*

*The shipment has been returned back to you.*

---

**Complaint Type:** Advertising/Sales Issues     **Status:** Answered 

06/08/2021

I sent them jewellery on cashforgoldusa.com and they attempted to rob me. I bought the items at shopgoodwill.com and paid around $300. All the jewellery is inventoried, has been tested, and stamped for metal purity. They offered me $38.00 for a half pound of Sterling silver and gold filled items. That included a %10 introductory bonus! Obviously they assumed I have no idea of it's value or believe the items stolen. So they clearly buy and sell suspicious stuff.

**Complaint Type:** Problems with Product/Service    **Status:** Answered ❓



02/12/2020

I have been attempting to contact CashforGoldUSA and CJ Environmental repeatedly by phone this morning and CashforGoldUSA by email over the past several weeks (see below), but have not received any response. I submitted a gold ring to CashforGoldUSA in mid-January, but did not accept their offer. It was shockingly low. At that time, I called CJ Environmental and someone there over the phone that they were surprised that CashforGoldUSA was not responding to my emails and that I should mail their check back to them in order to receive my ring back. I sent that check back to CJ Environmental on January 29th, but have not heard anything nor have I received my ring. I have since emailed all of the email addresses at CashforGoldUSA and CJ Environmental but have received no response. This looks like a scam to me. My wife and I suspect that the company makes people wait so long that we eventually give up and they keep our jewelry. If I don't receive my property back soon, I will file a police report.

CJ Environmental -

**Response**                                                          02/14/2020

We had reached out via email. You can track your shipment with USPS number **********************

# Exhibit 7

# Podium Chat With Lisa Robbins

**Lisa Robbins**
Express Gold Cash

? Assign to someone   ›

October 5, 2020

Webchat message received

Sent from: https://www.expressgoldcash.com/?so...
Monday, Oct 5, 2020 at 8:46 PM

**LR** cash for gold will give me $359 for 10 grams.
What r u paying?

8:46 PM

Hi, we aren't open right now, but we will get
back to you as soon as we can. We open
back up in the morning at 9AM EST and will
respond as soon as we can.

Podium  8:46 PM

What karat?   **DK**

Demitri Kolokouris 10:25 PM

Conversation closed by Demitri Kolokouris
Monday, Oct 5, 2020 at 10:25 PM

**LR** 14

10:26 PM

Which company offered you that much?   **DK**

Demitri Kolokouris 10:27 PM

**LR** Gold of America

10:29 PM

Im not sure who that is. What is their website
address?   **DK**

Demitri Kolokouris 10:32 PM

Sorry, cash for gold USA

**LR** Cashforgoldusa.com

10:36 PM

They offered you $359 for 10 grams of 14k?
Over the phone or do they have your items?   **DK**

Demitri Kolokouris 10:37 PM

2



Oh estimate does not reflect payout

**LR** Just estimate

10:38 PM

Exactly. They try to trick people and when you send to them you would get about $125 offer.

Demitri Kolokouris 10:38 PM   **DK**

**LR** Okay. Got my kit today

10:39 PM

# Podium Chat With
# Zach Zietz

**Zach** 🅾
Express Gold Cash

🅳 Demitri Kolokouris ›

This conversation was assigned to Demitri Kolokouris
Wednesday, Dec 23, 2020 at 2:21 PM

Z **10k 2.65 grams**

2:21 PM

With our 10% bonus you would get about $55 for 2.65 grams of 10k. Would you like me to mail you a kit?

DK

Demitri Kolokouris 2:30 PM

Conversation closed by Demitri Kolokouris
Wednesday, Dec 23, 2020 at 2:30 PM

Z **Cash for gold estimated my payout at 76**

3:57 PM

Did you send it to them? Do you have a picture of the estimated payout offer?

DK

Demitri Kolokouris 3:58 PM

Z **My bad I did the math wrong it's 73.37**

4:01 PM



Z

4:01 PM

Z: Nah I haven't sent it in yet
4:01 PM

DK: Would you say that this calculator is on their site to tell you how much you will get for your gold jewelry?
Demitri Kolokouris 4:02 PM

Z: Yeah I figure as much haha idk why else it would be on there?
4:04 PM

DK: If you read the fine print it says estimate does not reflect the payout. You should send it in to them and see how much they actually offer.

DK: Compared to that calculator
Demitri Kolokouris 4:05 PM

Z: Isn't that just for legal purposes? So they just straight up lie to you or is there anything else that goes into the worth of gold then weight and karate?
4:07 PM

DK: Most people would assume such as yourself that the calculator is how much you would get for it but its really a way for you to think your getting a high price to send it in. Once they get it you will get a fraction of that price. You should send it to them. I think you will be surprised at what they offer compared to that calculator
Demitri Kolokouris 4:20 PM

Z: Ok this is express gold right?

Z: Do you guys price match?
4:27 PM

# Podium Chat With
# Dustin Hicks



**Dustin**
Express Gold Cash

Demitri Kolokouris ›

January 1, 2021

I just want to put a note in your account. What is your last name?

Demitri Kolokouris 9:08 AM

My name is Dustin Hicks. My email address is
hicksdustin300@gmail.com

11:31 AM

FedEx tracking says Tuesday January 5th. Not sure why It's
going to take that long, but I'm hoping that it is just a typo.
Have you received my package yet? The FedEx tracking
number is 781731141438

11:53 AM

Are packages are overnight. I think you sent it to wrong
company

You sent it to cashforgoldusa.com. They use 3 day fedex.
We expressgoldcash.com use overnight

May I ask why you decided to go with them?

Demitri Kolokouris 11:57 AM

I printed this label from your website.

11:59 AM

12:00 PM

That is not our label. You printed that on
cashforgoldusa.com site

8

We are located in New York

Did you get a quote for your gold from them already?

DK

Demitri Kolokouris 12:01 PM

D

What company is this?

12:02 PM

This is expressgoldcash.com

You messaged us asking how much for 17 grams of 14k

DK

Demitri Kolokouris 12:02 PM

D

Not yet until they receive the package

12:02 PM

Ok. Do you have any idea how much a gram they will pay?
Did it say on their website what they pay?

DK

Demitri Kolokouris 12:03 PM

D

That's correct. It's actually 17.15 grams 14k to be exact

Not that I saw

12:04 PM

Ok. Do you remember why you decided to send to them?

DK

Demitri Kolokouris 12:05 PM

D

Hold on u found A gold calculators thing on their website.
And putting in the specs now

12:06 PM

Oh ok cool

DK

Demitri Kolokouris 12:06 PM

Let me know what is says

DK

Demitri Kolokouris 12:11 PM

D

It is misleading. It is giving me the current melt price for
gold, but it is made to look like a payout amount. Below the
calculator in small print it says "calulator does not reflect
actual payout"

12:15 PM

So how much do they pay?? Any idea the percentage?

DK

Demitri Kolokouris 12:15 PM

January 5, 2021

Webchat message received

Sent from: https://www.expressgoldcash.com/how...
Tuesday, Jan 5, 2021 at 7:07 PM

**D** How much are you currently paying out for 14k gold per gram? Thank you.

7:07 PM

Hi, we aren't open right now, but we will get back to you as soon as we can. We open back up in the morning at 9AM EST and will respond as soon as we can.

Podium 7:07 PM

Hey Dustin. How much did they offer you on the items you sent? I was meaning to reach out to you

Was it close to the calculator price? **DK**

Demitri Kolokouris 7:27 PM

January 6, 2021

We spoke the other day. This is Demitri. You send the items to to Cash For Gold USA. I take it they made you an offer already. I was curious how close they were to the calculator price? **DK**

Demitri Kolokouris 11:25 AM

Conversation closed by Demitri Kolokouris
Wednesday, Jan 6, 2021 at 11:25 AM

**D** They actually just sent me an offer on 2 packages I sent. First package was $46 for just over 3 grams of 14k yellow gold which was very low, and the other was 14g of 14k yellow gold with an offer of $165

11:27 AM

Seriously? **DK**

Demitri Kolokouris 11:32 AM

**D** Yep

11:32 AM

We already told you that we would pay you $30 a gram when you texted us before **DK**

Demitri Kolokouris 11:33 AM

**D** That's correct so I wrote a review in the email they sent me letting them know that they broke my trust and that we can't do business anymore.

11:34 AM

10

# Podium Chat With
# Ray Simpson

Monday, Mar 22, 2021 at 1:25 PM

**RS** I have a 14kt gold necklace what are you paying by the gr?

1:25 PM

Thanks for texting us. We will be with you shortly.

Podium 1:25 PM

At the moment we are paying $28 per gram which includes all promos. Did you want me to mail you a gold kit?

Demitri Kolokouris 1:38 PM

Conversation closed by Demitri Kolokouris
Monday, Mar 22, 2021 at 1:38 PM

This conversation was assigned to Demitri Kolokouris
Monday, Mar 22, 2021 at 1:38 PM

**RS** No that's a quick I've already been quoted $35

1:39 PM

Can I ask you what company or where you got the quote of $35? Let me see if I can get a price match plus extra

Demitri Kolokouris 1:44 PM

**RS** Cash for gold online

1:45 PM

Can you send me the quote they sent you? Let me see if we can beat it. I just need the written offer from them

Send me a snapshot if you can

Demitri Kolokouris 1:55 PM

12

I will see if we can do 10% above the offer you had

DK

Demitri Kolokouris 3:04 PM

RS OK

3:04 PM

Thank you. You can send a pic of the quote or estimate if they have on site and ill see what I can do. Thank you

DK

Demitri Kolokouris 3:05 PM

Conversation closed by Demitri Kolokouris
Monday, Mar 22, 2021 at 3:05 PM



RS

3:13 PM

Is this what you think they will pay you for 24 grams of 14k if you sent it to them?

DK

Demitri Kolokouris 3:14 PM

RS Yes

RS It's called cash for Gold USA

3:15 PM

I think this calculator is just stating what the value of 24 grams of 14k. I think once journey send it to them they will pay a lot less.

DK

Demitri Kolokouris 3:17 PM

# Email With
# Dakota Hames

From: **Dakota Hames** dakotahames18@gmail.com 📎
Subject: Re:
Date: March 26, 2021 at 5:15 PM
To: EGC Support support@expressgoldcash.com

DH

On Fri, Mar 26, 2021, 4:58 PM EGC Support <support@expressgoldcash.com> wrote:
Could you please send us the offer or a screen shot of the offer from
the other buyer? Ill can see what we can do.

Thank You
Express Gold Cash Support
877-GOLD-165
ExpressGoldCash.com

On 3/26/2021 4:17 PM, Dakota Hames wrote:
> Is 350 too much to ask ?. The scrap value from another buyer is 396
> ..instead of sending it back is 350 reasonable

📧  📘 📘 📘 ✋ ⚠️ 📧 🗒️          ✳️ 4G LTE 📶 24% 🔋 5:13 PI

✕  🔒  Gold Value Today & S...          ⤴️  🔖  ⋮
cashforgoldusa.com

**GOLD CALCULATOR**

| **Gold** | Silver | Diamonds |

**?** Weight   12        g   ▲▼

**?** Karats   14K           ▲▼

**=**        **$390.32**

**SELL NOW? GET 10% BONUS**

Estimate does not reflect payout

15

powered by **Cash For Gold USA**

# Appraisers Are Gem Institute Of America Certified

We pride ourselves in having the industry leading GIA certified assays that will accurately appraise your material and help you get the most for your gold, silver, and diamond materials.

We **GET A 10% BONUS NOW!** g Fees!

# Podium Chat With
# Kenneth Middleton
# (May 16-17, 2021)



**Kenneth Middleton**
Express Gold Cash

**D** Demitri Kolokouris  ›

Sent from: https://www.expressgoldcash.com/?so...
Sunday, May 16, 2021 at 3:18 PM

**KM** I have 61.6 grams of 14 karat gold two chains and a bracelet can u give a payment calculation.
3:18 PM

Hi, we aren't open right now, but we will get back to you as soon as we can. We open back up in the morning at 9AM EST and will respond as soon as we can.
Podium 3:18 PM

Monday, May 17

With our 10% bonus promotion we would pay $1900 for 61.6 grams of 14k. Want me to email you a shipping label to send it in?
Demitri Kolokouris 10:11 AM

Conversation closed by Demitri Kolokouris
Monday, May 17, 2021 at 10:11 AM

This conversation was assigned to Demitri Kolokouris
Monday, May 17, 2021 at 10:11 AM

**KM** No I have a offer Thts a few dollars more
11:26 AM

WhAt is the offer? I'll see if we can price match it

Or beat it
Demitri Kolokouris 11:27 AM

**KM** Another site had a price calculator and it said they would pay 2124.00 I'm bout to call them to see if they will agree and lock in their offer
11:28 AM

Can you send me a screenshot of that offer on their site?
Demitri Kolokouris 11:29 AM

18



11:31 AM

**KM** Thanks anyway

11:36 AM

# Email With
# Paul Ninantay

From: **paul ninantay** panj20@gmail.com 
Subject: Re: Express Gold Cash Offer
Date: February 10, 2022 at 3:19 PM
To: Express Gold Cash Support support@expressgoldcash.com

On Thu, Feb 10, 2022, 3:12 PM Express Gold Cash Support <support@expressgoldcash.com> wrote:

Hi Paul,

We do have a price match guarantee.  Can you send us a screenshot of the offer so we can ask a manager to match it.

Thank you

On 2/10/2022 3:06 PM, paul ninantay wrote:
$1090

On Thu, Feb 10, 2022, 1:54 PM Express Gold Cash Support <support@expressgoldcash.com> wrote:

What price were you offered as we do have a price match program?

On 2/10/2022 1:52 PM, paul ninantay wrote:
I received a better price on internet

On Thu, Feb 10, 2022, 1:49 PM Express Gold Cash Support <support@expressgoldcash.com> wrote:
Hello Paul,

I'm sorry to hear that you were not satisfied with the evaluation. As we do want you to be satisfied with our service. What were you hoping to get for the Pieces sent in? If it is within reason we would be happy to accommodate you. Thanks for the opportunity to earn your business. We will await to hear back from you.



21



## GET STARTED

# 5-Star Customer Rating



# Email With
# Pam Jacob

**From:** Pam Jacob jacob.pam22@gmail.com
**Subject:** Re: Your Offer from Express Gold Cash
**Date:** March 1, 2022 at 4:46 PM
**To:** Express Gold Cash Support support@expressgoldcash.com

PJ

I am willing to take my chances on a better offer. Please send my gold back. Do you still have the return address on my label? I'll just include it here:
Pam Jacob
3556 East Forest Lake Dr.
Sarasota, Fl 34232
Thanks,
Pam

On Tue, Mar 1, 2022, 4:30 Express Gold Cash Support <support@expressgoldcash.com> wrote:

Just so you know that is not an offer that they are giving you, that is simply a calculator telling you what your gold is worth. If you look at the fine print in the calculator it says it does not reflect payout. I just spoke to one of the managers and we will be able to do $685.00 as your local jeweler is considered an actual offer that we can price match plus a little extra. We will send over a new offer for your consideration.

On 3/1/2022 4:24 PM, Pam Jacob wrote:
I am not that computer savvy, but I am able to use their online calculator. Also, my own jeweler offered me 660 even with the 10 carat piece. You can just send the items back.
Thanks,
Pam

On Tue, Mar 1, 2022, 4:22 PM Express Gold Cash Support <support@expressgoldcash.com> wrote:

Will you be able to send us a screenshot of their offer please?

On 3/1/2022 4:20 PM, Pam Jacob wrote:
Cash For Gold USA  will pay 767.94.
Pam

On Tue, Mar 1, 2022, 4:17 PM Express Gold Cash Support <support@expressgoldcash.com> wrote:

We weigh in dwt which converts to 21.45 grams on our certified scales. Who made you a higher offer? How much was the offer?

On 3/1/2022 4:11 PM, Pam Jacob wrote:
I weighed in grams. That was 22.5. Can you still match other offers?
Pam

On Tue, Mar 1, 2022, 4:07 PM Express Gold Cash Support <support@expressgoldcash.com> wrote:

What were you hoping for? The weight between 10k and 14k was 13.8 dwt.

On 3/1/2022 4:05 PM, Pam Jacob wrote:
That sounds low. What did you get for weight?
Pam

On Tue, Mar 1, 2022, 3:54 PM Express Gold Cash <support@expressgoldcash.com> wrote:



Hi Pamela,

We have finished our review and appraisal of your Kit **#832435**.

Our offer for your item(s) is **$509.32**.

---

**Your evaluator commented:**
*10% bonus has been applied.*

---

Click here to approve or deny this offer. If you accept, we'll send your money within 24 hours. If you decline, we'll return your items.

Thank you for choosing Express Gold Cash. Please contact us if you have questions or need any assistance.

Sincerely,
The Express Gold Cash Team



# Exhibit 8

# Podium Chat With
# Shawna Pope



Conversation closed by Demitri Kolokouris
Tuesday, Feb 9, 2021 at 7:46 PM

**SP** Ok I think I ordered the kit already so you guys will test the jewelry and let me know what karat it is and how much
7:46 PM

Yes. Exactly **DK**
Demitri Kolokouris 7:46 PM

**SP** Ok and if I don't want to sell it for the price you offer you send it back
7:47 PM

Exaclty **DK**
Demitri Kolokouris 7:47 PM

Conversation closed by Demitri Kolokouris
Tuesday, Feb 9, 2021 at 7:47 PM

**SP** Ok thank you
And this is cash for gold USA
7:48 PM

No. This is ExpressGoldCash.com. Did you order from Cash For Gold USA? **DK**
Demitri Kolokouris 7:50 PM

**SP** No I don't think so I think it was you guys why
7:51 PM

Just curious if you had us mixed up with them **DK**
Demitri Kolokouris 7:52 PM

**SP** No I had looked up several places earlier and I couldn't remember which company I had Decided on I looked at so many but it was you guys I just checked my email

7:53 PM

Ok great. We are always trying to do market research. Do you remember anything that stood out from those other sites that would make you want to use them? Your feedback is so appreciated **DK**

Demitri Kolokouris 8:04 PM

Conversation closed by Demitri Kolokouris
Tuesday, Feb 9, 2021 at 8:12 PM

**SP** The ones that had BBB on them and that had been secure verified

8:13 PM

Very nice. Any other accolades or recommendations that you remember? **DK**

Demitri Kolokouris 8:14 PM

Conversation closed by Demitri Kolokouris
Tuesday, Feb 9, 2021 at 8:16 PM

February 26, 2021

Webchat message received

Sent from: https://www.expressgoldcash.com/con...
Friday, Feb 26, 2021 at 2:52 AM



**SP** Hi I sent my kit off but forgot to put the card in with it what do I do
2:52 AM

Hi, we aren't open right now, but we will get back to you as soon as we can. We open back up in the morning at 9AM EST and will respond as soon as we can.
Podium 2:52 AM

**SP** Thank you
2:52 AM

⚠ Your ok. Ill put a note in the system What is your kit id? **DK**
Demitri Kolokouris Message not sent.

⚠ Your ok. Ill put a note in the system What is your kit id? **DK**
Demitri Kolokouris Message not sent.

Where do I find that information at

**SP** Can I take a picture of the card and send it to you
9:55 AM



**DK** Just email the pic to support@expressgoldcash.com. Perfect

Demitri Kolokouris Message not sent.

**SP** Ok

10:14 AM

Conversation closed by Demitri Kolokouris
Friday, Feb 26, 2021 at 10:31 AM

**SP** I sent the email but also there was a 10% offer in there if mailed out within 7 days but I just received the kit on the 21 st due to weather conditions where I live they were not delivering mail will I still be eligible

6:25 PM

Hi, we aren't open right now, but we will get back to you as soon as we can. We open back up in the morning at 9AM EST and will respond as soon as we can.

Podium 6:26 PM

Your good. I will make sure you get it. **DK**

Demitri Kolokouris 6:26 PM

**SP** Thank you very much

6:37 PM

Conversation closed by Demitri Kolokouris
Friday, Feb 26, 2021 at 6:38 PM

March 2, 2021

Your Express Gold Cash offer of $848.40 for kit #798273 is ready, click here to approve/deny: https://egc.li/a/8q0xlo8h Reply "STOP" to unsubscribe

10:59 AM

**SP** That is with the extra 10%?

1:38 PM

Yes it is. Showing $77.10 **DK**

Demitri Kolokouris 1:39 PM

Conversation closed by Demitri Kolokouris
Tuesday, Mar 2, 2021 at 1:39 PM

This conversation was assigned to Demitri Kolokouris
Tuesday, Mar 2, 2021 at 1:39 PM

**SP** I thought I was supposed get 3 times as much through this company?

1:39 PM

What do you mean? I do not understand. 3 times more than what? **DK**

Demitri Kolokouris 1:47 PM

**SP** Never mind

Thank you I just accepted it

1:51 PM

We will get you paid. Were you referring to the advertising that says they pay 3x more than our competitors? **DK**

Conversation closed by Demitri Kolokouris
Tuesday, Mar 2, 2021 at 2:39 PM

**SP** Yes

3:17 PM

# Podium Chat With
# Janet Gorny



**Janet Gorny**
Express Gold Cash

? Assign to someone ›

Beginning of text message conversation
Saturday, May 15, 2021 at 5:33 PM

Webchat message received

Sent from: https://www.expressgoldcash.com/gol...
Saturday, May 15, 2021 at 5:33 PM

**JG** Have a high karat gold bracelet - 22 or 24 purchased in Germany in the 60's. What would be the procedure if I wanted to sell?
5:33 PM

Hi, we aren't open right now, but we will get back to you as soon as we can. We open back up in the morning at 9AM EST and will respond as soon as we can.
Podium 5:33 PM

May 17, 2021

We would just need your full name, address and email to send you a kit in order for you to send it in
Demitri Kolokouris 10:16 AM **DK**

Conversation closed by Demitri Kolokouris
Monday, May 17, 2021 at 10:16 AM

This conversation was assigned to Demitri Kolokouris
Monday, May 17, 2021 at 10:16 AM



**JG** Janet Gorny
jrgorny60@gmail.com
2170 Buckboard Rd
Sedona, AZ 86336
10:19 AM

Would you like me to email you one you can print and ship or mail you one? **DK**
Demitri Kolokouris 10:26 AM

**JG** Mail since you provide FEDEX materials, correct?
10:27 AM

Yes **DK**
Demitri Kolokouris 10:27 AM

**JG** Mail please
10:28 AM

On its way **DK**
Demitri Kolokouris 10:29 AM

Conversation closed by Demitri Kolokouris
Monday, May 17, 2021 at 10:29 AM

Thank you
**JG** Could you identify the company
10:30 AM

This is Demitri with ExpressGoldCash.com **DK**
Demitri Kolokouris 10:31 AM

Conversation closed by Demitri Kolokouris
Monday, May 17, 2021 at 10:31 AM

 Thanks again

10:31 AM

Your welcome DK

Demitri Kolokouris 10:31 AM

Conversation closed by Demitri Kolokouris
Monday, May 17, 2021 at 10:31 AM

May 20, 2021

JG Hi Demetri...while waiting for the appraisal kit I thought I would ask you for a ballpark price today. Here is the piece - 18K, 27.4 grams or .88 troy ounce. It's an older piece dating back to 1965. Thanks for having a look...Janet

2:15 PM





JG

2:15 PM

With our 10% bonus we would pay $1125 for 27.4 grams of 18k. Want me to email you a shipping label to send it out today?

DK

Demitri Kolokouris 2:21 PM

Conversation closed by Demitri Kolokouris
Thursday, May 20, 2021 at 2:21 PM

**JG** The kit is in the mail so I'll wait for that. Thx for getting back to me so quickly

2:24 PM

Great. Thank you **DK**

Demitri Kolokouris 2:25 PM

Conversation closed by Demitri Kolokouris
Thursday, May 20, 2021 at 2:26 PM

Wednesday, May 26

**JG** Good morning Demitri...after looking at all my options and getting a feel for the gold market I thought I would make you a counter offer if that's alright. I would like to have $1,350 for the bracelet and hope you have some wiggle room regarding your earlier number of $1125. I'll wait to hear from you. Regards...Janet

9:32 AM

Hi Janet. That is more than the gold value. As much as I would love to do it we cant. **DK**

Demitri Kolokouris 9:43 AM

Conversation closed by Demitri Kolokouris
Wednesday, May 26, 2021 at 9:43 AM

**JG** Thank you for your quick response. If you can't see $1350 could you sweeten your original offer?

9:45 AM

We are working on less than 10%. Once we pay shipping, insurance, refining costs, and overhead we are lucky to make 3-5% net profit. I do not want to be tough but its a good thing we can negotiate. That means you got the best price right from the start.

DK

Demitri Kolokouris 9:47 AM

Conversation closed by Demitri Kolokouris
Wednesday, May 26, 2021 at 9:47 AM

JG

Yes you gave the best price so far and I haven't asked anyone to match it. I am considering EBay. Thank you again for your kind consideration .

9:51 AM

No problem. Keep me posted

DK

Demitri Kolokouris 10:04 AM

Conversation closed by Demitri Kolokouris
Wednesday, May 26, 2021 at 10:04 AM

https://www.usagold.com/daily-gold-price-history/

JG

I do note that the price of gold had gone up about $31.15 since you made your initial offer of $1125 on May 20. Can you revise you offer based on that?

10:15 AM

I can do $1135

DK

Demitri Kolokouris 10:28 AM

Conversation closed by Demitri Kolokouris
Wednesday, May 26, 2021 at 10:28 AM

**JG** I'll keep you posted. Thanks again

10:29 AM

Conversation closed by Demitri Kolokouris
Wednesday, May 26, 2021 at 10:34 AM

Thursday, June 10

**JG** Good morning Demitri. Could I ask you a general question about your industry? Is it common for an item to be scratched in order to determine its value/purity even when its stamped? Thank you in advance for your attention to this question...Janet

12:33 PM

We use an XRF gun. We do not scratch or damage the jewelry

No one should have to damage or scratch jewelry to test it if they have an XRF gun. Did someone do that to your jewelry? **DK**

Demitri Kolokouris 12:53 PM

Conversation closed by Demitri Kolokouris
Thursday, Jun 10, 2021 at 12:53 PM

**JG** Yes...thank you for your quick response to my question. Now I have to figure out how to proceed.

12:59 PM

Is it a company you mailed it to or local? **DK**

Demitri Kolokouris 12:59 PM

**JG** Company I mailed to

1:00 PM

May I ask you a question? Why did you mail your bracelet to that company? What on their website made you think they were a good place to get a good price for your gold? **DK**

Demitri Kolokouris 1:00 PM

**JG** I listed the bracelet on eBay but thought I would give one mail in company a try. Simple as that. This is a first time experience for me

1:04 PM

I know we gave you a quote on the bracelet you sent in a little while ago. Did this company make you a fair offer atleast? **DK**

Demitri Kolokouris 1:05 PM

**JG** Their first offer was $416.72. I knew I was in trouble right away! They ended up matching your offer but I declined and asked to have the piece sent back. They then called me to say the piece was being shipped but told me about the scratch. I was surprised but they led me to believe it was a necessary part of their procedure and that it was nothing to really be concerned about. They offered to buy the piece again but I refused. Was really quite shocked when i got back the bracelet. The scratch is large and obvious. They are willing to now resolve with cash and an Amazon card. I just feel that I've been scammed somehow

But the offer is fair I guess



**JG:** I can picture this guy with a glass jar on his desk full of gold shavings LOL
1:21 PM

**DK:** Wow. They should never put a gouge in jewelry. If they are an online gold buyer they have an XRF and dont need to scratch. They must have low level employees testing and that is why. They offered $416??? Didnt you ask them what they paid like you did to us before you sent it in?
Demitri Kolokouris 1:23 PM

**JG:** I tried to get an offer before sending out anything but fell for the line about paying triple what competitors pay, etc What a learning experience! Sorry to bother you with all this. I do apologize
1:29 PM

**DK:** They advertise they pay 3x more than competitors? Would not even give you an offer when you had the weight? And in the end they ended up paying 3x less than their competitors. It is sad that we lost your business to this company when we were fair and a stand up company from the get go with you.

**DK:** Was it this company? We hear a lot of these stories. https://www.trustpilot.com/review/cashforgoldusa.com
Demitri Kolokouris 1:33 PM

**JG:** I'll be sure to give them a glowing review!

**JG:** Thank you again for your time and help. Any future transactions I may have will go to you.
1:41 PM

# Podium Chat With
# Mary Mitchell

**Mary Mitchell** ⬤
Express Gold Cash

? Assign to someone ›

I accidentally hit send. I had one more thing---
she had enough sterling to literally open a shop
& i almost did that. Cz it aint worth nothing
much. Ive sent Yall sterling once, 2x at most. Cz
its almost embarrassing & only if im desperate.
One time, i sent sterling to another company-
one that claims they was on some major network
news show as the "BEST." And their quote wasnt
bad, but it took weeks!!! Why ask for routing
numbers if u gonna mail? Heres why i think. Bc
they hoped id forget. Or not follow thru. Bc i had
to contact them, they failed to reply to email, so i
called. They say "oh well u have to approve for us
to mail!" Duh? Is that approve just once? Or does
approving your offer 5x, emailing u at least that
many, at last in ALL CAP bold letters-"I
APPROVED 5x starting 5 days ago! Wire my $$
TODAY" well, they ignored til i spoke to a person
then they want to blame it on me. I told em i am
not some newbie who dont know what to click,
thats why i sent u sterling was to test u out.
So the bottom line is thank u. Thank u for
existing, bc pawn shops are out of the question
& so are these other theives. If it wasn't for ya'll,
my jewelry be more like the storage bldg full of
clothes & the hi-end purses i got-- stuff i wont
use & is not worth selling cz nobody wants to
give u more than $75 for a louis vitton

2:20 PM

Thank you also for telling us this. These
companies are using old "news" claims to lure
customers in. Do you remember for sure which
company it was? Are you able to find out if it was
either sellyourgold.com or
cashforgoldusa.com(CJ Environmental Inc.).

?   DK

**MM**

The mistake this week was with sellyourgold & the prior several week experience was w cashforgoldUSA. Dont wanna b political-minded 4 obvious reasons, but that was before i knew it became the norm for one of the major broadcast stations to allow lies for money. Cz no way ws they rated top buyer, or top anything, except maybe pain in the ass of the week award

4:29 PM

WOW. I am sorry you had to deal with that. It is a shame that these news companies can do this. In the end the consume and companies like us lose. We are hoping this all changes sooner than later. Thank you again for your repeat business

**DK**

Demitri Kolokouris 4:38 PM

**MM**

It will change, but i fear it wont b for the better. Other than a perv local jeweler, but hes dead now, so...ur the only option, so no need to thank me. !!!

4:40 PM

# Podium Chat With Noah Wolf

**Noah wolf**
Express Gold Cash

Demitri Kolokouris



Beginning of text message conversation
Saturday, Jun 5, 2021 at 10:16 PM

Webchat message received

Sent from: https://www.expressgoldcash.com/how...
Saturday, Jun 5, 2021 at 10:16 PM

Do you take gold filled. I've heard that some places pay as much for gold filled as they do silver is this true
10:16 PM

Hi, we aren't open right now, but we will get back to you as soon as we can. We open back up in the morning at 9AM EST and will respond as soon as we can.
Podium 10:16 PM

Monday, June 7

Yes we buy gold filled and it will be purchased the same price as silver. Want me to mail you a kit to send it in?
Demitri Kolokouris 9:45 AM

This conversation was assigned to Demitri Kolokouris
Monday, Jun 7, 2021 at 9:45 AM

Conversation closed by Demitri Kolokouris
Monday, Jun 7, 2021 at 9:45 AM



**NW** I have one thank you
3:07 PM

What is the kit number? I could not find your name in the system **DK**
Demitri Kolokouris 3:09 PM

Conversation closed by Demitri Kolokouris
Monday, Jun 7, 2021 at 3:09 PM

I haven't sent it in yet and the kit is in the car. My name is Noah wolf

Huntsville Al

**NW** Harvest Al actually
4:14 PM

What is your full address? and Email? **DK**
Demitri Kolokouris 4:15 PM

119 Glade Creek circle harvest Al 35748

noahwolf81@gmail.com

**NW** I just received it last week
4:17 PM

Do you remember anything about our website? Like an endorsement by a news channel? **DK**
Demitri Kolokouris 4:18 PM

Conversation closed by Demitri Kolokouris
Monday, Jun 7, 2021 at 4:39 PM

**NW** 7873 7673 7320 is the tracking number

Hi, we aren't open right now, but we will get back to you as soon as we can. We open back up in the morning at 9AM EST and will respond as soon as we can.



Podium 6:29 PM

---

Tuesday, June 8

Conversation closed by Demitri Kolokouris
Tuesday, Jun 8, 2021 at 10:59 AM

**NW** How would I receive my payment

I'm sending my pack off today

1:33 PM

Hi, we aren't open right now, but we will get back to you as soon as we can. We open back up in the morning at 9AM EST and will respond as soon as we can.



Podium 1:33 PM

What company does it say on the envelope? Does it say EGC?

**DK**

Demitri Kolokouris 1:33 PM

**NW** I'm not sure it's at home and I'm at work

What of it doesn't say egc?

1:36 PM

You have the wrong company. What does it say on it?

**DK**

Demitri Kolokouris 1:36 PM



I requested a kit from cash for gold usa

Ill have to check when I get home

1:37 PM

That is not us. You have to contact them. Do you remember what you liked about their site and why you felt comfortable going with them?

Demitri Kolokouris 1:39 PM

Conversation closed by Demitri Kolokouris
Tuesday, Jun 8, 2021 at 1:39 PM



3 x more payout 10% bonus if I send it back within a week or 10 days after receiving the pack

1:40 PM

Conversation closed by Demitri Kolokouris
Tuesday, Jun 8, 2021 at 1:41 PM

# Podium Chat With
# Stone Gair

**Stone Gair**
Express Gold Cash

D  Demitri Kolokouris ›



Beginning of text message conversation
Thursday, Sep 16, 2021 at 12:40 PM

Your Express Gold Cash offer of $101.80 for kit #813739 is ready, click here to approve/deny: https://egc.li/a/bUumNVTs Reply "STOP" to unsubscribe

12:40 PM

SG  Wow that's alot more than the other place offered me but still I'd like to see 150 for 7 grams

3:04 PM

Hi  DK

Demitri Kolokouris 3:24 PM

This conversation was assigned to Demitri Kolokouris
Thursday, Sep 16, 2021 at 3:24 PM

I sent over the best we can do for you  DK

Demitri Kolokouris 3:25 PM

Conversation closed by Demitri Kolokouris
Thursday, Sep 16, 2021 at 3:25 PM

Your Express Gold Cash offer of $135.11 for kit #813739 is ready, click here to approve/deny: https://egc.li/a/juKW1s5i Reply "STOP" to unsubscribe

3:25 PM

**SG** Hey thanks for the fair offer cash for gold USA offered me only 55 dollars and was not willing to work with me ,135 is totally fair you guys are the best

3:26 PM

Wow. Do you remember why you decided to go with them in the first place? **DK**

Demitri Kolokouris 3:27 PM

This conversation was assigned to Demitri Kolokouris
Thursday, Sep 16, 2021 at 3:27 PM

**SG** Express gold cash is awesome I'll leave a good review for you guys I really appreciate it.

Well I just seen an advertisement and I chose to send in with the USPS mailer once they received my package they offered me $55 and the best they could do was $60 dollars they definitely lie when they say they pay out the highest definitely false advertising you guys offered me as close to what my local pawn shop would offer I will do business again.

3:29 PM

Your so welcome. Do they advertise that they pay the most on their site? **DK**

Demitri Kolokouris 3:36 PM

**SG** Yeah they advertise as the highest paying gold exchange check it out it's rediculious! I can't imagine how many people probably have got ripped off from those people.

3:37 PM

Wow. I'm glad you found us

Is this the company?

https://www.trustpilot.com/review/cashforgoldusa.com



DK

Demitri Kolokouris 3:38 PM

SG  Lol yeah that is them hahah check this out

3:39 PM



SG

3:39 PM

SG  This is on the Google reviews.

3:40 PM





SG

3:42 PM

Yeah. you are right. Unbelievable

DK

Demitri Kolokouris 3:42 PM

Now this picture is the biggest lie supposedly fox news say they pay out three times higher than their competitors but actually it's opposite because they offered me 3 time less than what you offered me so in reality you guys actually offer 3xs more than your competitors. Anyways I got a kick out if that thanks again for the fair offer I will do business with you guys again have a good day !

SG

3:44 PM

So true. Thank you for the business. Have an awesome day and weekend

DK

Demitri Kolokouris 5:00 PM

# Emails With
# Brynn Wright

# Re: Your Offer from Express Gold Cash



**From**   Brynn Wright <bbw1701@gmail.com>

**To**   Express Gold Cash Support <support@expressgoldcash.com>

**Date**   2021-10-21 10:07

Hello,

I sent multiple items. I know the 3 cufflinks were gold filled. But in addition to that were 4 other items. I appreciate you taking the time to go back and look, but if this is the best offer you all can do I will look at the other merchants I mentioned before.

Brynn

On Thu, Oct 21, 2021 at 8:54 AM Express Gold Cash Support <support@expressgoldcash.com> wrote:
> Hello Brynn,
>
>   Please understand that all pieces that were received were not all solid gold. 3 cuff-links that were mentioned in the notes were gold filled which is not solid gold. I will have one of the mangers do the best they can for you.
>
> On 10/21/2021 7:31 AM, Brynn Wright wrote:
>> Good morning,
>>
>> I'm not sure I understand how the price is so low. Sell your gold pays up to 90% of the price of the market price of the gold. Also, cash for gold USA offers more than the 90%. I should be getting at least $500.52 based on the weight. Could you please help me understand why you all provided such a low value?
>>
>> Thank you,
>> Brynn
>>
>>> On Oct 20, 2021, at 7:42 PM, Express Gold Cash <support@expressgoldcash.com> wrote:
>>>
>>> 
>>>
>>>   Hi Brynn,

We have finished our review and appraisal of your Kit **#818537**.

Our offer for your item(s) is $**265.52**.

---

**Your evaluator commented:**

*3 cuff-links were gold filled and were purchased as gold filled. Everything else was purchased as gold, smaller diamonds as well as sterling silver. Everything was purchased accordingly. 10% bonus was applied.*

---

Click here to approve or deny this offer. If you accept, we'll send your money within 24 hours. If you decline, we'll return your items.

Thank you for choosing Express Gold Cash. Please contact us if you have questions or need any assistance.

Sincerely,
The Express Gold Cash Team



1-877-465-3165
support@expressgoldcash.com

© 2021 Express Gold Cash. All rights reserved.

unsubscribe

# Exhibit 9



**Tracy Treml** 💬 doesn't recommend **Cash for Gold USA**.

September 23, 2020 · 🌐

Zero stars! Do not send your jewelry there. They stated my platinum band was fake. complete scam.

👍 4                                          3 Comments

👍 Like          💬 Comment          ↪ Share

**Karen Wagner**
Funny on their website their rating is 5* but you can't post any reviews there! Imagine that, they're probably all fake!

Like · Reply · 1y

**Karen Wagner**
Fake reviews just to get you suckered in!!

Like · Reply · 1y

**Tina Fernandez**
Holy crap I've tried to leave a review also, these scum bags ripped me off too. I say we all sue the crap out of them!!!!

Like · Reply · 1w

Write a comment...          😊 📷 GIF 🎟️

Press Enter to post.

1



**Melissa Shackelford**
1 review

★★★★★   a year ago

What an absolute joke. You are better off going to a pawn shop or selling your own items on a marketplace. Do not waste your time, they will offer you an absurdly low number- lower than a pawn shop- then call you and ask... wait for it... "what amount are you willing to accept?". Basically they give you an insultingly low offer, expect you to decline, then call you to haggle and give you the absolute lowest you will accept. Do not participate in their charade or believe their fake or *extremely* curated reviews on their website.

👍 9

**JC**  **Jeannine Culbertson**
🖊 1 review  ◎ US

⭐ ☆ ☆ ☆ ☆                                         Dec 1, 2021

### This company is not legit

This company is not legit! I sold a ring to them and received the payment by check. I tried to cash the check through my mobile banking app it continually said that the amount entered did not match the amount on the check even though it did from what I saw. I finally had to take the check into the bank and have a teller deposited. A week later the check was rejected and I was hit with both the check fee and a returned check fee. I disputed this with the bank and was able to get the returned check fee waived as the company was the one who bounced the check. I am now trying to reach out to the company to get either the ring back or a legitimate payment. The reviews on their website are locked down so that no one can really submit an honest review so seller beware!

👍 Useful     ◦ᘒ Share                                                      ⚐

---

**HM**  **HMT**
🖊 1 review  ◎ US

⭐ ☆ ☆ ☆ ☆                                         Nov 8, 2021

### Total waste of time

Absolutely laughable! Sent in my $4,500 wedding ring, and they offered me $150. I told them their company was a joke, and they offered me $200 but said THEY would actually be losing money if I accepted the offer haha. Total joke and a waste of time. You can't even leave a review on their website, all their reviews are obviously fake and made by their own company

👍 Useful     ◦ᘒ Share                                                      ⚐



**Sonali**

✏ 2 reviews   ⊙ US

                                           Updated Oct 24, 2020

### Don't sell here! Check their BBB page for other reviews!

I recently sent in a few jewelry items to Cash for Gold USA and had a disappointing experience from start to finish. The most important takeaway for me was that they use a different company name for their refinery, CJ Environmental, and that is the company with their BBB page and their real reviews, complaints, low rating, and lack of tactful, professional, honest customer service. This is the company to whom your mailer is addressed when you send out your items. Do yourself a favor, and review their BBB page before sending them any of your precious jewelry or valuables. I made the mistake of looking at a different company's BBB page with a similar name (no "USA" in their name), so I missed out on the very informative complaints and negative reviews from their real page.

Also keep in mind that their high rating on ShopperApproved is from reviews that they prompted customers to post. ShopperApproved cannot be accessed by people who rejected the offered payout or anyone who had a bad customer service experience. Cash for gold USA gets to decide who reviews them. They advertise heavily, which is probably why they can't actually pay out any significant amount for your gold and other metal.

One positive - they send a mailer pretty soon after it's requested. It's mailed with a slow mailing speed, so be ready to wait about a week. The mailer to send it back also uses cheap, slow shipping with really spotty tracking. I packed up my jewelry in the mailer, and there was no form to fill out to verify what was included in my shipment or to verify that the items were my own to sell, which is something that even a pawn shop would ask and record. When the shipment to their facility didn't show tracking for a few days, I reached out to ask if insurance covered my shipment if it were lost in transit. I was told to contact the post office myself, and nobody responded to my follow up question about whether it was insured if the post office never scanned or lost my package. Ultimately it made it to their facility, and I received notification at 9am on a Friday that they received it. When I hadn't heard back by end of day Friday with a quote, I contacted them both by email and phone to say I wanted my items back and a tracking number sent. They didn't

4

nobody responded to my follow up question about whether it was insured if the post office never scanned or lost my package. Ultimately it made it to their facility, and I received notification at 9am on a Friday that they received it. When I hadn't heard back by end of day Friday with a quote, I contacted them both by email and phone to say I wanted my items back and a tracking number sent. They didn't reply over the weekend, and I followed up again. They don't seem to return phone calls or answer their phone if you have an issue. I was given my quote Tuesday morning, which I declined immediately. It was about 1/3 of spot price for 14k gold jewelry. I had already asked to have my items back by this point, but I asked again. An automated email was sent that had a blank space where tracking info was meant to be. I followed up yet again to get a tracking number. Customer service did give me a tracking number, and my items arrived back to me. HOWEVER, this was NOT "risk-free" as they claim. My jewelry had rough spots that were damaged. I thought they were just accidentally damaged, and when I reached out to another (proper BBB accredited) gold refinery to process my items, I was informed that an acid test had been used on my jewelry, and that causes permanent damage. So if you're unsure if you want to keep your jewelry or items, DO NOT send them here!! They will damage your belongings in the process of testing them using an outdated, cheaper technique that will cost you more money to get polished out if you want to keep your items or try to sell anywhere else. This was my first experience with mailing in gold items to a refinery, and I wish I had never wasted my time with them.

👍 Useful **2**     ⤳ Share                                                              🚩



Robert L.
3 reviews • 5 helpful votes

•••

### Don't be taken in by 4 and 5 star reviews for cashforgoldUSA, they filter their reviews.

⭐⭐⭐⭐⭐ August 4th, 2020

With gold at record levels I decided to sell some scrap gold I had. Unlike many uninformed consumers we are a commercial business with digital scales, the means to assay gold, and we keep up with current gold spot prices. First it took about 5 days to get the "mailer" which is very small. I had a hard time fitting everything in the supplied mailer. Second, the mailer goes USPS which took almost 4 days from VA to Mass and the same on the return trip back. At the time the mailer was received the spot price of gold was over $2K. To determine gold value using grams, it's 28 grams to an ounce, or 31.01348 grams for a Troy ounce. Take the spot value divided by the gram amount of gold you have, equals the value for 24K, to determine value at 18k take the 24K value times. 750, equals the value at 18K, for 14K the gram value times. 585. Bottom line is I already had the weights and approximate value determined before I sent the gold. The amount offered by cashforgoldUSA, initially was below 50% of the spot value for gold! I actually hit the accept button on the acceptance email by accident but emailed them immediately to tell them I wanted my items back, the offer was a ripoff... crickets, zip, nothing. They would not return my emails. I called and they answered the call, after giving my name they asked me why I wanted my things back and I told them they were trying to rip me off. We went back and forth and they offered a little more for specific items which I agreed to. Not because it was great or fair offer, but because I just wanted to be done with these people. Out of state law suits are not profitable ventures for items less than 15-20K dollars, and they recognize this. You would have to fight with them in Mass. Courts. So you read the great 4 and 5 star reviews... me too. Here's how they get those. Ever wonder why there are no reviews under 4 stars. Not because everyone is so happy with their deals. After they send you the offer and you accept, like lightning they send an email asking for a review. I tried to post one with 1 star, multiple times... would not go through, 2 stars same outcome, 3 stars, same. So they only accept 4 and 5 star ratings, making it harder to get an honest review of this place. Go to ripoff reports or the complaint board and you'll get a better understanding of this business. I would not recommend this business to anyone. RUN AWAY from these axxhats! Don't believe the claim they pay 3x more than anyone else in this business. Absolute B. S, I happen to know that is a lie, they do not! I forgot, so you remember:"if it's too good to be true, it probably is". That said there are some honest, fair gold buying sites online. Unfortunately based on my experience, cashforgoldUSA is NOT one of them.
▲ Show less

6

**Reviews Concerning Shopper Approved System:**



**J2 Kerusso**

 5 reviews   ◎ CA

| ★★★★★ | Updated Feb 12, 2021 |

### Here is why I give them one star

Here is why I give them one star. I reached out to the company to ask why a company can have such great reviews on Shoppers Approved and poor reviews everywhere else? Needless to say they did not respond to my question which I did not feel was inappropriate. Sorry for being a little skeptical of a business that is paying another company to host their reviews.



**toomanyjoes**

 2 reviews   ◎ US

| ★★★★★ | Updated Jan 8, 2021 |

### Dishonest companies use this site...

Dishonest companies use this site when they want their reviews to look sparkling clean. Sites like this and companies that use them should all be shut down. Just look at some of the companies they provide reviews for on the BBB. SeatingMind, for example, has nothing but reviews about customers getting scammed (which was also my experience) but on shopperapproved.com they have glowing reviews. I unfortunately trusted those reviews at the time. Shame on you guys for providing a sham service to scammer businesses to help enable them.

👍 Useful **1**    ⤢ Share                                                    ⚑

7



**Dave ocean**
 1 review   ⊙ US

★ ★ ★ ★ ★                                          Dec 20, 2020

### BAD FOR END USER...

This is a co that does not allow customers to post reviews of the website they
represent and gives the online retailer they represent great reviews. If you go to an
online retailer that uses shopper reviews, run, do not purchase.



**David Lowry**
 1 review   ⊙ US

★ ★ ★ ★ ★                                          Sep 3, 2020

### Rose colored reviews

Checked out a shopper approved website that had no 1 star reviews but had 13
complaints against it with the better business bureau. That company intentionally
misleads the online buying community. Shopper approved should represent both
sides of the coin

★ ★ ★ ★ ★                                          Aug 17, 2020

### Doesn't show bad ratings

I left one positive review and one negative review for two products I purchased
separately. The reviews were collected in the same fashion for the same business.
The positive review is prominently displayed and the negative review is nowhere to
be found.

 **Ryan Strode**
 7 reviews · ⊙ US

★☆☆☆☆                                                    Jul 30, 2020

**shopperapproved.com is not for shopper…**

shopperapproved.com is not for shopper reviews, shopperapproved.com is only to make sellers look good, the entire back end is geared towards advertising for sellers and signing up sellers for their excellent 5 stars reviews service. Simply look at the reviews and they are almost all short, no details of a transaction, obviously bought. Pricing !?? to leave a review ?! I tried to sign up and leave a review and it was not possible without a cost, I go to see the cost and pricing is for sellers of course. Again the whole site is geared towards sellers, not shoppers.

 **Antonio Marquez**
 2 reviews · ⊙ DE

★☆☆☆☆                                            Updated Jun 15, 2020

**I don't understand how Shopper Approved…**

I don't understand how a Shopper Approved rating can be a help to the consumers. The merchants select to what customer an invitation to a rating is send? I haven't received the shipment 90 days after I ordered it. I cancelled the order. No, wonder I haven't received an invitation from the merchant to rate him and no wonder if this merchant has an high average rating in "Shopper Approved".

👍 Useful **1**    ⊷ Share                                                    ⚑

# Exhibit 10

**Wealthy Single Mommy**
**([https://www.wealthysinglemommy.com/places-to-sell-jewelry-online/](https://www.wealthysinglemommy.com/places-to-sell-jewelry-online/))**

- **CashforGoldUSA** is a reputable, professional jewelry buyer I recommend for selling gold, diamond, silver and other jewelry that is worth less than $1,000. Pays within 24 hours. This can include gold and silver chain necklaces and bracelets, diamonds of any sizes, gold wedding bands and more — including silverware and silver tableware. Get an immediate quote with CashforGoldUSA's online calculator now >>

For most gold, silver, platinum and diamond jewelry, I recommend **CashforGoldUSA** which is accredited and rated A+ by the Better Business Bureau and guarantees you will get paid within 24 hours.

Consider selling old jewelry now as gold prices hit record highs. **Use CashforGoldUSA's online gold calculator with today's gold price estimates.**

### Best jewelry buyer where you can sell gold and jewelry: CashforGoldUSA

Wondering about the best site to sell jewelry? Our No. 1 recommendation for selling jewelry online is CashforGoldUSA.

**CashforGoldUSA** and its sister sites, DiamondsUSA (formerly CashforDiamondsUSA.com and CashforSilverUSA.com), are owned by the same parent industry, C.J. Environmental, a family business founded in 1975, that is accredited by the Better Business Bureau and has an A+ rating. C.J. Environmental has paid out more than $158 million for gold, diamond and jewelry sales, and was found by a Fox Business News investigation to pay three times its competitors:



CashforGoldUSA pays within 24 hours, and insures your item up to $100,000 with Jeweler's Mutual insurance. They also pay a 10% bonus above their estimate if you ship within 7 days. They guarantee that you are 100% satisfied with the highest price in the market — or they will return your item immediately, for free.

I had a good experience selling a gold chain with CashforGoldUSA, and others have as well, including these on the BBB profile, where there are 74 reviews as of January, 2022:

### Pros of CashforGoldUSA

1. Easy, straight-forward process.
2. Legit gold buyer with a A+ Better Business Bureau rating.
3. Pays within 24 hours.
4. Free insurance up to $5,000 — and up to $100,000 upon request.
5. One of the older online gold and jewelry buyers, established in 1997, with more than $165 million in payouts to customers.
6. Quick way to get cash for jewelry, watches, scrap, silverware and silver coins, dental and other forms of silver, gold and platinum, as well as diamond jewelry and loose diamonds.
7. You decide whether you want to accept their offer, or not. 100% free, immediate return.
8. Earn a 10% bonus above your quote price when you send your item in within 7 days.
9. Accepts all weights and quality of gold and silver.

## Bottom line: How can I sell my jewelry fast?

The quickest way to sell your jewelry is to walk into a local pawnbroker or jewelry store and sell it for whatever they offer. However, those places can smell desperation from a mile away, so do no expect to get the most money.

The online jewelry buying industry is very competitive, and a handful of quality jewelry buyers highlighted here can be trusted to give you the highest price, and in the case of CashforGoldUSA, within 24 hours. Read our CashforGoldUSA review, which explains:

- CashforGoldUSA pays within 24 hours,
- Found by Fox Business News investigation to pay 3X their competitors
- BBB A+ rating
- Price match guarantee
- Free return guarantee
- 10% bonus if you ship within 7 days

Get a free immediate estimate for your jewelry from CashforGold, and receive a 10% bonus if you send in your item within 7 days >>

**Wealthy Single Mommy**
**([https://www.wealthysinglemommy.com/sell-gold/](https://www.wealthysinglemommy.com/sell-gold/))**

## 2. Check the price of gold.

Gold prices this month exceeded $2,000 for only the second time in 50 years. As of April 20, 2022, the gold resale value in the United States was at a near-record price of $ per ounce, or $69.44 per gram.

Analysts predict the **Ukraine war with Russia means gold prices** are set to remain high.

You can get an estimate for the price of your gold with **CashforGoldUSA's gold calculator**, which factors in the current price of gold.



You can also find historical gold prices at Kitco.com. However, it may be futile to try to time the market and sell gold high. Cash in hand today is worth much more than waiting a few weeks or months to see if the price increases a little.

# Best place to sell gold and gold jewelry: CashforGoldUSA.com

**CashforGoldUSA** is the best place to sell your gold — it's a legitimate, reputable online gold buyer for selling gold jewelry that is also one of the oldest in the business.

- Pay within 24 hours
- A+ Better Business Bureau rating.
- 100% free door-to-door free, trackable FedEx or USPS shipping
- No minimum value (other gold buyers only work with shipments of $1,000+)
- Free Jewelers' Mutual insurance up to $100,000 on each shipment
- CashforGoldUSA's facility insured by Lloyds of London
- Guaranteed highest price for your gold, coins and diamonds
- Paid out more than $158 million to sellers since being founded in 2005
- Fox Business News investigation found they pay 3X competitors:



CashforGoldUSA also pays a 10% bonus above estimated resale value for items shipped within 7 days.

**Get started selling your gold with CashforGoldUSA now >>**

Using an online gold buyer is advantageous because:

1. Selling gold online is much more convenient than driving around to area businesses near you.
2. Since online businesses serve customers nationally, there are more reviews and nationwide certifications and verification services like the Better Business Bureau to lend credibility and trust.
3. CashforGoldUSA has an online calculator to help you understand their offer before you even send in your item.

After an exhaustive review of these companies, here are all the reasons we ruled them out and why CashforGoldUSA is the best:

- Strong customer service focus, which is reflected in the BBB and TrustPilot ratings, as well as prompt communication through whichever communication the customer prefers: Text, phone, or email.
- Guaranteed highest price paid, backed up by third-party news investigations.
- Free shipping and insurance with a global brand.
- CashforGoldUSA is one of the oldest, most established and largest online gold buyers.
- 24-hour payment is unprecedented in the industry.

## Gold value FAQs: How much is gold worth?

The resale value of your gold is based on the current market price of gold bullion but considers several other factors. The higher the percentage of gold in your jewelry or coin, the higher the value.

Gold is measured in karats, with 24-karat being the purest gold, with the highest gold melt value. Unless you have gold bullion or another form of pure gold, your gold item is mixed with other metals or alloys.

You can get an estimate for the price of your gold with CashforGoldUSA's gold calculator, which factors in the current price of gold:

Gold prices this month exceeded $2,000 for only the second time in 50 years. As of April 20, 2022, the gold resale value in the United States was at a near-record price of $ per ounce, or $69.44 per gram.

## What is the melt value of gold?

First, understand how much you will get when you sell your gold. Check the price of your gold scrap, gold jewelry, gold dental items, or other gold items with CashforGoldUSA's online gold calculator, based on the most accurate gram and ounce price of gold today >>

CashforGoldUSA's online price for gold calculator is very accurate because it automatically uses the spot gold price as of today, and calculates the resale value of your gold item based on the karat of gold, and the weight in grams or ounces to provide a gold melt price.

Similarly, CashforGoldUSA's online gold calculator helps you understand the price for your scrap gold based on today's gold price, the gram or ounce weight and karat of your scrap.

The way gold buyers determine how much gold is worth is rooted in the London Bullion Market Association, which today runs an electronic auction system called the LBMA Gold Price — recognized globally as the accepted market price for gold.

The LBMA is an industry trade association that promotes transparency, quality and ethical sourcing in gold trade.

To give you an estimate of the price you might receive when selling gold: a simple gold wedding band may bring $100 to $200, while a gold chain necklace (even a broken one), typically brings $70 to $250.

A gold crown could fetch prices between $40 and $100, depending on the gold market, and the quality of gold.

If your jewelry is a known brand like Cartier, Tiffany, Taccori or Bulgari, it will typically attract a higher price.

**Survive Divorce**
**([https://www.survivedivorce.com/cash-for-gold-usa](https://www.survivedivorce.com/cash-for-gold-usa))**

Customers often cite high payouts and a great response from customer service as notable differences from other competitors.  In fact, Cash for Gold USA has a guaranteed price payout.  They will match any competitor's offer, meaning their payouts can't be beat.

## How much does Cash for Gold pay?

Cash for Gold USA pays as much as three times more than many competitors, a fact backed by an undercover news media investigation a few years back.

Because the price of gold is always fluctuating, the amount that Cash for Gold USA pays will rise and fall, depending on market conditions.  Spot prices for each commodity determine what price you can lock in.  Those spot prices change several times a day.

The spot gold price is the price that gold will sell for today…on the spot.  This price changes daily and is the standard used by dealers to set their prices to buy from consumers.

It is the current price that one troy ounce of gold can be bought or sold based on an unfabricated form of gold.  Unfabricated means the gold is in a raw form before it is struck as a coin or poured into a bar.

You will receive the "melt price" for gold that you sell.  This means you will get the amount that the gold would be valued at if it were melted down into an unrecognizable form, minus Cash for Gold USA's overhead costs.

Market speculation, current events, supply and demand and other factors influence the spot price of gold.

As an added incentive, Cash for Gold USA pays a 10% bonus above their estimate if you ship your item within 7 days.

## Can I get a ballpark estimate on what my gold might be worth before I submit it to Cash for Gold USA?

Yes.  As long as you know the weight and the purity, you can get an estimate using the site's Gold Calculator.

To access the calculator, go to Cash for Gold USA and scroll down until you see the calculator on the right side of the page.



**Top Consumer Reviews**

https://www.topconsumerreviews.com/best-gold-selling-sites/detailed-reviews.php

**Undercover investigation**

A few years ago, a FOX News television station conducted an undercover investigation of online gold buying companies. They discovered that Cash for Gold USA paid out 3 times more than their closest competitor. This is a good indication that this company tries to be as fair as possible when presenting customers with their offer.



**Online appraisal**

If you want a quick online appraisal, Cash for Gold USA provides a Gold Calculator right on their website. Simply enter the weight of your gold item and select its purity (such as 14K, or 24K), and the calculator will show you an estimated value. You can use this same calculator to estimate any Silver or Diamonds that you'd like to sell (Cash for Gold USA will pay for those as well). While this is a valuable tool, remember that your actual offer can only be made after one of their technicians inspects your item, and may differ from this online estimate.

**Mega Income Streams**

**([https://megaincomestream.com/how-to-sell-gold-for-cash/](https://megaincomestream.com/how-to-sell-gold-for-cash/))**

---

**Best Place to Sell Gold Online**

**1. Cash for Gold USA**

Cash for Gold USA is the leading and most reliable company purchasing gold in any form, including:

- Coins
- Jewelry
- Watches
- And even scrap or broken gold.

The company claims to be paying 3 times more cash for gold compared to its competitors.

It's also convenient to sell your gold to Cash for Gold USA as they send you the prepaid shipping label so you can send them your gold without any additional fees.

Moreover, you'll receive your money within 24 hours after the company receives your gold.

If you have other valuables, such as silver and diamonds, you can sell them to Cash for Gold USA as well.

---

**GOBankingRates**
**(https://www.gobankingrates.com/money/side-gigs/best-place-sell-jewelry/)**

Cash for Gold USA is a good choice when you're in a hurry to liquidate your jewelry and don't want to wait for your items to sell before you get paid. You'll get free overnight delivery and a guarantee of an appraisal and offer within 24 hours of the goods being received.

According to the company, you can even get paid the same day the package is received if you choose PayPal or ACH. If you decide not to accept its offer, your jewelry will get overnighted back to you free and insured. The company also has a price match guarantee if you get a better offer elsewhere.

**Pros:**

- Free, insured overnight shipping round trip
- Sell and get paid quickly — often the same day the jewelry is received
- Accepts broken jewelry
- No fees

**Cons:**

- You may get a better price selling to a buyer directly
- You're only paid for the weight of gold or diamond quality and not for craftsmanship

**Millennial Money**
**([https://millennialmoney.com/sell-gold-for-cash/](https://millennialmoney.com/sell-gold-for-cash/))**

## IS CASHFORGOLDUSA.COM RELIABLE?

Over many years CashforGoldUSA earned its customers' trust for excellent and fast service and great rates. They also offer a "Gold Price Maximizer," which will pay the difference in case the gold market price goes up within 30 days.

## HOW MUCH DOES CASHFORGOLDUSA.COM PAY?

The price you can expect for your golden items depends on the gold market as well as your item. You can find a calculator tool on their website to see how much you can get for a particular item. CashforGoldUSA claims to pay up to 3x more than their competition. If you are unhappy with the amount you received from them, you can send the money back to them, and they will return your gold.

---

**Pros**

- Pays up to 3x more than the competition
- Free insured shipping
- Online calculator

---

11

**San Francisco Examiner**

**([https://www.sfexaminer.com/marketplace/best-cash-for-gold-sites-guide-to-selling-gold-for-cash-online/](https://www.sfexaminer.com/marketplace/best-cash-for-gold-sites-guide-to-selling-gold-for-cash-online/))**

CashforGoldUSA is one of the most established gold buyers on the online marketplace. It has a long-standing reputation among customers for being fair, well-trusted, and reliable. The company will buy gold jewelry, gold scraps, and gold coins. They have great rates and buy from anywhere in the world. CashforGoldUSA will also pay the difference if the price of gold increases within 30 days of the sale.

## Selling Gold with CashforGoldUSA.com

To sell your gold on this website, you will be required to fill out a form on their website first. The company will then mail an envelope via FedEx or USPS, which you should receive within a few business days. You can then pack your items in the envelope and mail them back. You don't have to pay for shipping and every package is insured. Once they receive the envelope, you will get paid within 24 hours.

CashforGoldUSA.com depends heavily on gold market trends when presenting an offer price for your item. They claim to pay up to 3 times more than the competition. Plus, if you're unhappy with the amount you receive, you have the option to send the money back and they will return your gold pieces.

# Exhibit 11

**WEALTHY SINGLE MOMMY**
*with Emma Johnson*

MONEY ▾    SELF CARE ▾    DIVORCE ▾    DATING ▾    PARENTING ▾    ABOUT ▾    BLOG    🔍

# Cash for Gold USA: Is this a legit gold buyer? [2022 reviews]

By Emma Johnson | Reviewed by **Yingjia Puk, GIA certified gemologist** | Updated Mar. 30, 2022

(originally published Jan. 24, 2022) | 1 💬

*We get commissions for purchases made through links in this post. Here's more on* ***how we make money.***

If you are looking to bring in extra cash, selling gold jewelry, coins, or metal scraps that you no longer want could be an excellent way to make money. But when it comes to selling that gold, there are countless options — which can be overwhelming.

## Is CashforGoldUSA legit?

Yes! While it's understandable that you might feel nervous about selling your gold online, CashforGoldUSA is a completely legitimate business.

**CashforGoldUSA** is our No. 1 recommended best place to sell your gold (and more, including silver and diamonds!), for a few reasons:

- CashforGoldUSA pays within 24 hours,
- Found by Fox Business News investigation to pay 3X their competitors
- Better Business Bureau A+ rating
- Price match guarantee
- Free return guarantee
- Insured up to $100,000
- 10% bonus if you ship within 7 days
- **Get a quote with CashforGoldUSA now >>**

## CJ Environmental history

CashforGoldUSA.com, CashforSilverUSA.com, and CashforDiamondsUSA.com are owned by CJ Environmental, which was founded in 1975 by Norm Schneider, whose family continues to own and operate the company in Foxboro, Massachusetts:



Here are answers to the most common questions people ask about CashforGoldUSA, including a review of my personal experience with the company:

- **How CashforGoldUSA works**
- **What CashforGoldUSA buys**
- **CashforGoldUSA reviews**
- **How long CashforGoldUSA's process takes**
- **Pros and cons of CashforGoldUSA**

## How does Cash for Gold USA work?

There are more details below, but in short, this is how CashforGoldUSA works:

1. Go to **CashforGoldUSA.com**, enter in a few details about your item.
2. Get a FedEx or USPS mailer within a few days.
3. Send in your item, and get an offer within 24 hours.
4. If you accept, get paid immediately.

## What does CashforGoldUSA buy?

CashforGoldUSA buys gold in any shape, form, or quantity, including:

- Broken or whole **gold jewelry**, including gold rings, bracelets, earrings, **gold chains**, pins, clasps, necklaces, etc.
- **Coin collections**
- **Gold coins**
- **Gold bullion**
- **Raw gold** ingots, nuggets, and solder
- **Gold wire and scrap**
- **Gold dental scrap from dentists**

The company accepts all karats of gold, including 8k, 9k, 10k, 14k, 15k, 18k, 22k, and 24k gold.

**Learn about top gold buyers.**

## CashforSilverUSA

CashforSilverUSA is a sister site of CashforGoldUSA — they share the same family-run parent company, C.J. Environmental, which enjoys an A+ Better Business Bureau rating, high TrustPilot and customer reviews, and the same 24-hour payment and money-back guarantees. Sell your **silver coins**, silver tableware and flatware and other **silver** jewelry, dental scrap and other silver through CashforSilverUSA.

**Learn about top silver buyers**.

## Diamonds USA

Diamonds USA (formerly CashforDiamondsUSA), is also a C.J. Environmental company, with the same BBB A+ rating, and 24-hour payment, though specializing in paying high prices for  **engagement rings**, diamond jewelry, necklaces, earrings, bracelets and loose diamonds.

**Learn about top diamond buyers.**

## Cash for Gold USA reviews

As a result of my personal experience and reading through reviews, I can sawy that CashforGoldUSA.com stands out from other online gold buyers in a number of ways:

- 100% free shipping: Fill out a form requesting an appraisal of your item, and they will send you a

prepaid mailer through either FedEx or USPS (your choice), which you can then track, door-to-door.

- Insure all shipments: All shipments are automatically insured up to $5,000, with additional insurance available for items valued up to $100,000 through Jewelers Mutual Insurance. If something happens to your gold during transit, you'll be compensated for it.

- Insure their facility: Your item is insured up to $100,000 by Lloyds of London while held.

- Founded in 2005, CashforGoldUSA has paid out more than $156 milllion to other people selling their gold, silver, diamonds and jewelry

- Risk-free returns: If you don't like the amount they offer, you'll receive your items back at no cost, trackable through FedEx or USPS.

- 10% bonus if you ship in 7 days

- A Fox Business News investigation found that CashforGoldUSA pays three times its competitors:



CashforGoldUSA buys gold online from people looking to sell old gold jewelry, coins, dental and other scrap, as well as watches, Rolex, and diamonds. They make money by buying the gold at a slight discount to the scrap value of the metal. They then melt these objects down and sell at a profit. The vast majority of the value of each sale goes to the seller.

## Cash for Gold USA reviews

### BBB rating and reviews

If you were to search for CashforGoldUSA on the Better Business Bureau website, CashforGoldUSA and its sister websites are run by CJ Environmental, Inc., a metal refining company that has been in business since 2005.

CJ Environmental has an A+ rating with the bureau. The profile also shows that the company has an average of 4.4 stars out of 5, based on an average of 74 customer reviews.

At the time of this review, it appears CJ Environmental replied to and addressed all of the complaints filed on the BBB site.





## CashforGoldUSA TrustPilot reviews

CashforGoldUSA has 58 customer reviews on **Trustpilot**, averaging 4.3/5. Common complaints include too-low of an offer. Most are very positive, and highlight the ease of use, professional communication, quick process and payment, and fair price:

**AP**  **Angie Pearson**
🖉 1 review    📍 US

⭐⭐⭐⭐⭐   ✓ Invited                                    Jan 9, 2022

### JamJewelryDesigns will be sending more of my "misfit" silver your way soon!

I am a jeweler and I hand stamp onto sterling and gold. With that comes mistakes because it isn't as accurate as a machine.
Over the years I have accumulated enough pieces to see if I could salvage the misfits and get some money in return.
I searched google and found Cash for Gold. Their mail in process was easy and I received an email from receiving my package, processing the metal, to a final quote.
I would definitely use them again!

👍 Useful     ⤳ Share                                              ⚑



**TF**  **Trish Fogle**
🖉 1 review    📍 US

⭐⭐⭐⭐⭐   ✓ Invited                                    Jan 10, 2022

### Great experience

Cash for Gold has been great and easy to work with. I had questions and they were answered promptly by phone, e-mail and text. I'm very happy with the amount I received for my silver. I highly recommend Cash for Gold!

👍 Useful     ⤳ Share                                              ⚑



**GK**  **Glynda K**
🖉 1 review    📍 US

⭐⭐⭐⭐⭐   ✓ Invited                                    Jan 7, 2022

### My experience was seamless

My experience was seamless from start to finish. Very professional staff all the way around. Geologist was fantastic, answering all of my questions and providing valuable information during the process. My check is in the mail! Thanks to everyone ;)

## CashforGoldUSA customer reviews

Cash for Gold USA is a reputable online gold buyer that has a 98% approval rating from Shopper Approved. Below are a sampling of customer reviews:



## My CashforGoldUSA review

CashforGoldUSA is the leading online site that is a place that buys gold and diamonds (as well as silver and watches). You send in your gold by USPS mail or FedEx.

I recently tried out CashforGoldUSA, as part of a **comparison-shopping to find the best price and service for selling gold**.

This is my experience with selling a 16″, 14k chain necklace to CashforGoldUSA:

1. I went to **CashforGoldUSA.com** and estimated the value of the necklace using their gold calculator, which estimated my jewelry was worth $205.13 (retail value: about $399).



2. The price seemed fair, so I requested a FedEx mailer be sent right to my door. It arrived 3 days later. You can also choose a USPS mailer.



3. I used the plastic bag included, and placed the gold chain inside the pre-addressed FedEx mailer and rode my bike a mile to the nearest FedEx dropbox that same afternoon.



4. Within about 20 hours I received an email with the offer of $191.97, and whether I wanted to be paid immediately via Paypal (which charges its usual 3% fee), or wait a few days for a paper check in the mail. I clicked the Paypal button and immediately received notice from Paypal that agreed-upon sum was in my account.





Total time from getting an online estimate to getting paid: less than 4 days.

CashforGoldUSA pays a 10% bonus above their estimate if you ship your item within 7 days.

Here are some recent sales at CashforGoldUSA:





**$70.94**

Previous Payouts

## Bracelet

14k bracelet



**$886.72**

## Ring

14k Ring



**$425.63**

Get started with **CashforGoldUSA.com** today >>

## CashforGoldUSA process

Selling your gold to CashforGoldUSA is rather straightforward. All you need to do is:

1. Visit **CashforGoldUSA.com** and fill out a form requesting a prepaid mailer be sent to you, free of charge.

2. Place your items inside the mailer and send it back to CashforGoldUSA. You can have the mailer picked up at your door (opposed to taking it to the shipping center).

3. Your items will be appraised within 24 hours of receipt to determine the value of the gold, and you'll be sent an offer.

4. If you accept the offer, you'll be paid by either check, bank wire, or directly through PayPal. Depending on which option you choose, you may be paid in as little as 24 hours after accepting the offer.

5. If you don't accept the offer, your item will be returned to you free of charge.

Get a free estimate of your item before you send it in for appraisal. Just enter the weight and karat of gold into **CashforGoldUSA's gold calculator**. It is important to note that this is just an estimate, though, and not a final offer. The only way to get an accurate offer is to send your item in for appraisal.

More on how CashforGold works:

## CashforGoldUSA guarantee

CashforGoldUSA always guarantees that if you are not 100% happy with the offer they make for your gold, then you can back out free of charge. They also guarantee that if you have a better offer from a competitor, they will match that offer.

## How does Cash for Gold USA pay?

CashforGoldUSA will pay by paper, mailed check, which takes 2-3 business days or immediately by Paypal — your choice.

## How long does CashforGoldUSA take?

Once you request your free mailer, you should receive it within a week. I received mine in 3 days.

Shipping your item to the company will less than 24 hours. Once your item is received, it will be appraised within 24 hours and you will receive an offer. If you receive this offer, CashforGoldUSA will pay you immediately according to your preferred payment method. Receiving payment by PayPal will be the fastest option, with money deposited in your account immediately. Payment by check or bank transfer will take a few more days.

All told, you can go from requesting a mailer to receiving cash for your gold within a week total, depending on how quickly you send in your item.

10% bonus if you ship within 7 days.

## How much does Cash for Gold USA pay?

Ultimately, how much you receive for your gold will depend on the weight and purity of the gold, as well as the current market price of the metal.

Gold prices this year exceeded $2,000 for only the second time in 50 years. As of April 21, 2022, the gold resale value in the United States was at a near-record price of $1973.97 per ounce, or $69.63 per gram.

That said, CashforGoldUSA guarantees that they will match any offer you have received from a competitor. A Fox News investigation found that the company pays an average of three times what competitors offered. Here is what my own research found:

Below is a summary of the results from my experiment:

|  | Offer | Pro | Con |
|---|---|---|---|
| Jeweler | $95 | Local business | Low offer, gross shop |
| Pawnshop | $110 | Nice people, meh offer, easy | They have my personal info on record |
| **CashforGoldUSA.com** | $191.97 | Very easy, don't have to leave home, transparent process, 10% bonus. Accepts all gold and silver items. | No quote until you send in your item, except for the gold appraisal calculator on their site |
| AbeMor.com | $0 | n/a Didn't do business with them | Does not accept smaller items, and minimum is not clear. |
| Local cash-for-gold stores | $0 to $153 | Could be quick cash for maybe a decent price? | Can be dingy businesses of questionable integrity |

## What percentage does Cash for Gold USA take?

CashforGoldUSA does not state on its site or in interviews how much commission it takes.

In general, online gold buyers are more competitive and have lower overhead, so can pay a higher price to sellers.

In my experience, CashforGoldUSA paid far more than pawn shops, cash for gold locations near me, jewelers near me or other online gold buyers.

## Pros of CashforGoldUSA

The benefits of selling your gold to CashforGoldUSA include:

- Ease: Selling your gold is as easy as requesting a mailer, sending your gold in for an appraisal, and accepting an offer.
- Speed: If you accept their offer, you can be paid in as little as 24 hours depending on the payment method you choose.
- High pay: CashforGoldUSA has been found to pay up to three times the price offered by competitors according to a third-party investigation, as well as my own research.

- according to a third party investigation, as well as my own research.
- If you send in your item within seven days, you can receive a 10% bonus for your gold.
- Price match: CashforGoldUSA will match any offer from a competitor, so you know you'll always get as much money for your gold as possible.
- Free shipping: CashforGoldUSA will provide a prepaid, insured shipper for you to send in your gold for appraisal, and return your item free of charge if you choose not to sell.
- Hassle-free returns: If you decide you don't want to accept their offer, CashforGoldUSA will send you your item back without question.
- Accepts a range of items and accepts all weights and quality of metals and gemstones: From jewelry to coins to dental scrap and Rolexes in any karat or weight. CashforGoldUSA will also accept platinum, silver, palladium, watches and diamonds and gemstones through its sister websites.
- Feel good about **recycling your gold and silver** — which has a much lower environmental impact than mining and smelting.

## Cons of CashforGoldUSA

While we recommend CashforGoldUSA, there can be some drawbacks, including:

- It's not ideal for collectible coins, or branded jewelry: If you have gold coins that have value as a collectible or high-end designer jewelry, such as **Tiffany**, **Cartier**, Bvlgari, David Yurman, **Van Cleef & Arpels**, or Harry Winston, we recommend **Worthy.com**.
- Your offer is based on a single evaluation: CashforGoldUSA appraises each item as it is received and uses this one evaluation to calculate an offer. Take it or leave it.

## Other places to sell gold online

Selling your gold can be an excellent way of bringing in some cash that you can use to reach your financial goals, whatever they are, and CashforGoldUSA is an excellent option for doing just that.

Here is specific information on how to **sell your jewelry**, **engagement ring**, as well as **necklaces**, **earrings**, **watches** or **estate and antique jewelry**.

## CashforGoldUSA




**9.2**

### PROS

- Selling your gold is as easy as requesting a mailer, sending your gold in for an appraisal, and accepting an offer.

- You can be paid in as little as 24 hours depending on the payment method you choose.

- CashforGoldUSA has been found to pay up to three times the price offered by competitors according to a third-party investigation.

- If you send in your item within seven days, you can receive a 10% bonus for your gold.

- CashforGoldUSA will match any offer from a competitor, so you know you'll always get as much money for your gold as possible.

*9.2/10*

*RATING*

### CONS

- It's not ideal for collectible coins, or branded jewelry.

- Your offer is based on a single evaluation: CashforGoldUSA appraises each item as it is received and uses this one evaluation to calculate an offer.

💬 Add a comment

← Ellevest reviews 2022: Investing, banking, saving, and financial coaching – for beginners

Where and how to sell an engagement ring for cash: Reviews of the best ring buyers in 2022 →

---



## Emma Johnson

Wealthysinglemommy.com founder Emma Johnson is an award-winning business journalist, activist, author and expert. A former Associated Press reporter and MSN Money columnist, Emma has appeared on CNBC, New York Times, Wall Street Journal, NPR, TIME, The Doctors, Elle, O, The Oprah Magazine. Winner of Parents magazine's "Best of the Web" and a New York Observer "Most Eligible New Yorker," her #1 bestseller, *The Kickass Single Mom* (Penguin), was a *New York Post Must Read*. As an expert on divorce and gender, Emma presented at the United Nations Summit for Gender Equality and multiple state legislature hearings. More about Emma's credentials.

## One Comment

KathyMcDonnell on January 29, 2022 at 5:08 pm

The price you give is the amount we get? Or are there fee's and percentages taken out?

Reply

## *Leave a Comment*

Comment (required)

Name (required)

Email (will not be published) (required)

Website

SUBMIT COMMENT

# Exhibit 12

**Complaint Type:** Problems with Product/Service    **Status:** Answered ❓

02/12/2020



I have been attempting to contact CashforGoldUSA and CJ Environmental
repeatedly by phone this morning and CashforGoldUSA by email over the past
several weeks (see below), but have not received any response. I submitted a
gold ring to CashforGoldUSA in mid-January, but did not accept their offer. It
was shockingly low. At that time, I called CJ Environmental and someone there
over the phone that they were surprised that CashforGoldUSA was not
responding to my emails and that I should mail their check back to them in
order to receive my ring back. I sent that check back to CJ Environmental on
January 29th, but have not heard anything nor have I received my ring. I have
since emailed all of the email addresses at CashforGoldUSA and CJ
Environmental but have received no response. This looks like a scam to me. My
wife and I suspect that the company makes people wait so long that we
eventually give up and they keep our jewelry. If I don't receive my property
back soon, I will file a police report.

**Response**    02/14/2020

We had reached out via email. You can track your shipment with USPS
number **********************

**Complaint Type:** Billing/Collection Issues     **Status:** Resolved 

01/23/2020

Was scammed by the company and they do not want to pay for the things they were sent. I have sent invoice with no response at all. **** ************* ********************* INVOICE Invoice #: **** Invoice date: Sep 21, 2019 Due date: Sep 21, 2019 Amount due: $748.50 Bill To: CJ Environmental, Inc. * ***** ***** ******* ** ***** ****** ****** ******************** +* *********** Ship To: **** ************ **** ******** *** ********** ** ***** ****** ****** Description Quantity Price Amount E-Scrap 400 Lbs of scrap mother boards, power supply boards, memory chips, cpu's, other electric parts, for recycling of gold, silver, platinum, aluminum, copper and other metals etc.. 400 $4.50 $1,800.00 Shipping Cost 1 -$400.00 -$400.00 Processing Fee 1 -$600.00 -$600.00 Partial Payment 1 -$51.50 -$51.50 Subtotal $748.50 Total $748.50 USD



**Response**

02/25/2020

Responded via phone or email.

**Customer Response**

02/25/2020

[A default letter is provided here which indicates your acceptance of the business's response.  If you wish, you may update it before sending it.] Better Business Bureau: I have reviewed the response submitted by the business and have determined that the response does satisfy my issues and/or concerns in reference to complaint #********. I understand that by choosing to accept the business response that my complaint will be closed as resolved.  Regards, **** ************

**Complaint Type:** Problems with Product/Service   **Status:** Answered 

01/16/2020

These con artists operate as Cash for Gold USA. I sent them ******* ******* via tracking # *********** *****. The package arrived last week on Tuesday. Their website advertises 24 hr turnaround, yet by Thursday I have heard nothing. So, I call them and they claim that they are running behind and I will have it by Friday. Friday morning, no email with a quote, so I call again and ask them to just return it at this point. By THursday of the following week, I don't have my package. I call them again today and they said that there was a "check pending" Not sure why there would be a "check pending" when A. I asked them to return it last week and B. They never sent me a quote. These people are disorganized, dishonest and I would never do business with them. Per usual the customer service people (I spoke with *** and *********) were unable to provide any helpful information and I asked for a call back from a manager which I am sure will never happen. AVOID THIS COMPANY!

**Response**                                                           01/22/2020

A manager has contacted you per your request.



**Customer Response**                                                  01/23/2020

Better Business Bureau: I have reviewed the response submitted by the business and have determined that the response does not satisfy or resolve my issues and/or concerns in reference to complaint # ********. Please add your rejection comments below; if you do not provide any details, your complaint will be closed as Answered. I have not received my item back yet. I have not received a payment either. I have not received an email indicating what they were going to pay me for this item. The "manager" I spoke with yesterday was very unprofessional and unapologetic about the FOUR phone calls I had to make over two weeks asking for a manager to call me back that were not returned. Emails were not returned either. At this moment in time, I do not have my package back. I asked the manager yesterday to email me the tracking number for the return package and much to no one's surprise, he (*******) did not. These people are unethical and dishonest. I plan to file a police report as well as take this story to local media outlets. Regards, ******* *****

**Response**                                                           01/23/2020

USPS tracking number: ***********************Shipping time is approximately 3 days. The shipment would not have arrived overnight. The check was sent out and arrives in three to five days. Your check AND shipment should arrive shortly.

**Complaint Type:** Problems with Product/Service   **Status:** Resolved 



12/23/2019

I sent in some jewelry to be evaluated for purchase a month ago. I received a check for unreasonable amount returned it back to them as they stated they would return my items upon receiving their check back if I wasn't satisfied with the amount. I called back they had received the check and where supposed to return my items. They never reached out to me i am constantly contacting them the times they have answered I've been told I'll get a response that same day with a tracking number for my items being returned but it's been a month and nothing I don't see any intention of them of returning my items

**Response**                                                           12/23/2019

Tracking information has been sent to your email address. Please allow 24 hours for tracking information to be updated. Thank you.



**Customer Response**                                                  12/27/2019

Better Business Bureau: I have reviewed the response submitted by the business and have determined that the response does not satisfy or resolve my issues and/or concerns in reference to complaint # ********. Please add your rejection comments below; if you do not provide any details, your complaint will be closed as Answered. [You must provide details of why you are not satisfied with this resolution.If you do not enter a reason for your rejection, your complaint will be closed as Answered.] Regards, ******* ********



**Customer Response**                                                  12/31/2019

Better Business Bureau: I have reviewed the response submitted by the business and have determined that the response does not satisfy or resolve my issues and/or concerns in reference to complaint # ********. Please add your rejection comments below; if you do not provide any details, your complaint will be closed as Answered.  I sent this company 2 packages of jelewry i was selling after 1 month of denying their offer I have been trying to get my items back they have only sent back 1 if my packages The rest of my items returned Regards, ******* ********

**Response**                                                           01/07/2020

All material was returned. It was returned in two shipments. Customer called and was provided the tracking number over the phone on January 3rd. The shipment was marked as delivered.



**Complaint Type:** Advertising/Sales Issues    **Status:** Resolved ❓

12/18/2019

I apologize if you have received a partial complaint earlier. This company advertise on the internet a service to buy scrap silver and promise to return it if the offered amount is unacceptable. Around the last few days in November I sent via *** ** a sterling silver platter engraved with my name, the weight of the item being around 16oz (approx. buy value $250). The item was sent for purchase by the company. It was received on Dec 2nd. As promised a check for the purchase was received a few days later for the amount of$40.32. I e-mailed and asked if they would return the item at their cost as they advertise on the web site. I received in response an e-mail asking what amount was acceptable to me. I immediately replied that just a fair amount was acceptable as I did not expect the buy value. Since this communication I have not had any contact from them despite three other e -mails asking for the return of the item. I have all the e-mails and a screen copy of their advertising. Your assistance with this issue would be much appreciated. **** ****.



**Response**                                                                                    12/23/2019

We have followed up via email. Please let us know if you have received the email. Thank you.

**Customer Response**                                                              12/29/2019

[A default letter is provided here which indicates your acceptance of the business's response.  If you wish, you may update it before sending it.] Better Business Bureau: I have reviewed the response submitted by the business and have determined that the response does satisfy my issues and/or concerns in reference to complaint #********. I understand that by choosing to accept the business response and receiving a second check for a total amount of $100 (two checks) that my complaint will be closed as resolved.  Regards, ***** ****

**Complaint Type:** Problems with Product/Service   **Status:** Resolved 

05/22/2019



I sent my jewelry to ****************** which is owned by CJ Environmental, on or around April 13, 2019. I received a check from them approximately one week later. The amount of the check was completely not acceptable to me so I called their office to request that my jewelry be returned. I was told to mail back the check and I would get my jewelry returned. I sent the check to them via certified mail and it was received by CJ Environmental on April 29, 2019. I called their office on May 10, 2019 to find out when I would be receiving my jewelry. I was told that their customer service would be sending it out on May 13 or May 14, 2019. I sent an email to their customer service asking for a delivery update on May 16,2019 using the email address listed on the website. I received a notice that my email was "not deliverable." I then sent another email on May 19, 2019 to another email address that was listed on their website. I have not received a return email from them, nor have I received my jewelry. I wish I would have read the previous complaints from people and I would have never sent my jewelry. This company is obviously scamming people and stealing their jewelry.



**Response**                                                        07/01/2019

Hey *****, First off, we don't steal anyone's jewelry, we have been trying to contact for weeks. We have been holding your material waiting for you to get back to us on how you wanted us to ship the material back to you. Since we haven't heard anything and we are just seeing this complaint, we are just going to send the jewelry back ***** ******. Please see tracking number: *************** We would also appreciate it if you would remove your complaint.Thanks



**Customer Response**                                              07/01/2019

Better Business Bureau: I have reviewed the response submitted by the business and have determined that the response does not satisfy or resolve my issues and/or concerns in reference to complaint # ********. Please add your rejection comments below. In regards to the message received from CJ Environmental, the comments to me in their message are complete lies.  They have not tried to contact me for weeks.  I have not received any phone calls, messages or emails.  They have my email and phone number.  I have also checked my spam emails and there is nothing from them. They said that they sent back my jewelry via *** ** and provided a tracking number.  I entered that tracking number into the ***** website for tracking and the number was not found.  So I do not believe that my jewelry has been sent to me.  I would appreciate an actual legitimate ***** tracking number.  Once I receive my jewelry, I will then remove the BBB complaint.   Regards, ***** *****



**Kenny S.**
Bowman, TN



 9/28/2020

Please do not use this business!!! This Business is a Scam and a RIP off. They take your things and lowball an offer then when you decline, you have to keep calling and calling to get anything done.

◎ Useful **1**   ☺ Funny   😎 Cool



**Kathy M.**
Stratford, CT



 1/14/2019

If I could give this company zero stars I would. Stay clear. Sent in my Wedding band set and received pennies for it. They claim you don't have to take what you are offered. You are asked to request your items back and send the check back within 10 days. The owner Corey is very arrogant and needless to say I never got my wedding band set back.

◎ Useful **1**   ☺ Funny   😎 Cool



**Kathleen M.**
Huntington Beach, CA



 9/22/2017

This is the worst business!  They should be shut down for bait and switch.  Not only do they not provide what they say they are going to do....their check was returned.  They did not pay my shipping, check did not go through and then I was charged fees.  I asked them to return my items and they did not.  DO NOT USE THIS FALSE BUSINESS!!!!!!!!!!!  After several attempts to get my money back I am taking to the internet.  Should be a negative star.

◎ Useful **1**   ☺ Funny   😎 Cool