UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| EXPRESS GOLD CASH, INC., <br><br> Plaintiff, <br><br> -vs- <br><br> C.J. ENVIRONMENTAL, INC. d/b/a CASHFORGOLDUSA.COM, EMMA JOHNSON INC. d/b/a WEALTHYSINGLEMOMMY.COM, STEER DIGITAL LTD, DANIEL BROWN, and ADAM TOUTAIN, <br><br> Defendants. | Case No..: 1:22-cv-352 <br><br> **[PROPOSED] ORDER GRANTING AN EXPEDITED HEARING ON PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION AGAINST C.J. ENVIRONMENTAL, INC. d/b/a CASHFORGOLDUSA.COM AND EMMA JOHNSON INC. d/b/a WEALTHYSINGLEMOMMY.COM _ONLY_** |

**THIS MATTER** having been brought before this Court on motion by Plaintiff Express Gold Cash, Inc. ("Plaintiff") for an expedited hearing on Plaintiff's Motion for a Temporary Restraining Order and Preliminary Injunction and it appearing that Defendants C.J. Environmental, Inc. d/b/a CashForGoldUSA.com and Emma Johnson Inc. d/b/a WealthySingleMommy.com (collectively, "Defendants") received notice of this motion, and for good cause shown:

**IT IS HEREBY:**

**ORDERED,** that Plaintiff's Motion for an Expedited Hearing on their Motion for a Temporary Restraining Order and Preliminary Injunction (the "TRO Motion"), pursuant to L.R.Civ.P. 7(d), is hereby **GRANTED** and the expedited schedule for the TRO Motion shall be as follows:

1. Defendant's opposition to the TRO Motion, if any, is to be filed and served no later than the ___ day of _____, 2022;

1

2

        2. Plaintiff's reply in further support of the TRO Motion, if any, is to be filed and served no later than the ____ day of _____, 2022;

        3. Any objection to the relief requested in Plaintiff's proposed Order filed with their TRO Motion shall be deemed to have been waived in the event that such objections are not timely filed with the Court and served simultaneously on counsel for Plaintiff; and

        4. The Court will hear argument but not testimony on the TRO Motion before the Hon. _____ U.S.D.J., at the United States District Court for the Western District of New York, 2 Niagara Square, Buffalo, New York 14202, on the day of _____, 2022____ at _____ AM / PM.


Dated: _____, 2022


                                                    _____
                                                            U.S.D.J.