

 (585) 802-1253
 kamran@rocattorney.com

The Hoyt-Potter House
133 S. Fitzhugh Street
Rochester, NY 14608

**By CM/ECF**

May 12, 2022

Hon. John L. Sinatra, Jr.
United States District Judge
Robert H. Jackson United States Courthouse
2 Niagara Square
Buffalo, New York 14202

    Re:    Express Gold Cash, Inc. v. C.J. Environmental, Inc. et al
            Case No. 1:22-cv-00352-JLS

Dear Judge Sinatra:

I represent Plaintiff Express Gold Cash, Inc. in the above-captioned matter. I am seeking guidance concerning the Court's Order entered May 12, 2022, granting the motion to expedite and directing Plaintiff to serve the papers "on counsel for Defendants" by May 16, 2022.

Only one of the parties is believed to be represented by counsel (CJ Environmental) and three parties are not implicated in the underlying motion at all (Steer Digital, Daniel Brown, and Adam Toutain).

1) I assume the Court wants expedited service *only* on the two defendants implicated by the motion (CJ Environmental and Emma Johnson). If not, timely expedited service on the non-implicated United Kingdom-based defendants will be difficult. Kindly clarify the scope of the Text Order.

2) To my knowledge, Emma Johnson Inc. is not represented by counsel, so we are unable to serve counsel. Thus, technical compliance with the Court's Order is not possible. However, we personally served the CEO prior to the Court's entry of the Text Order. I will additionally serve the Text Order by legally sufficient expedited means and email. I am informing the Court out of an abundance of caution.

Thank you for your attention to the above.

Sincerely,

Kamran F. Hashmi, Esq.