UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

EXPRESS GOLD CASH, INC.,

                Plaintiff,

-vs-

C.J. ENVIRONMENTAL, INC. d/b/a
CASHFORGOLDUSA.COM,
EMMA JOHNSON INC. d/b/a
WEALTHYSINGLEMOMMY.COM,
STEER DIGITAL LTD, DANIEL BROWN,
and ADAM TOUTAIN,

                Defendants.

Case No..: 1:22-cv-352

**NOTICE OF SHAREHOLDER / LEADERSHIP IDENTIFICATION**

---

      Pursuant to the individual requirements of the Hon. John L. Sinatra, Jr., the following individuals are the sole shareholders of Express Gold Cash, Inc., and they occupy leadership positions:

1. John Kolokouris, President; and
2. Demitrios Kolokouris, Vice President.

                                                  Respectfully submitted,

DATED:  May 16, 2022

                                              /s/ Kamran F. Hashmi
                                              Kamran F. Hashmi, Esq.
                                              Hashmi Law Firm
                                              The Hoyt-Potter House
                                              133 S. Fitzhugh Street
                                              Rochester, New York 14608
                                              Tel: (585) 802-1253
                                              Email: kamran@rocattorney.com
                                              *Attorneys for Plaintiff Express Gold Cash, Inc.*

1