UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

EXPRESS GOLD CASH, INC.,

               Plaintiff,

         v.

C.J. ENVIRONMENTAL, INC. d/b/a
CASHFORGOLDUSA.COM,
EMMA JOHNSON INC. d/b/a
WEALTHYSINGLEMOMMY.COM,
STEER DIGITAL LTD, DANIEL BROWN
and ADAM TOUTAIN,

               Defendants.

**NOTICE OF APPEARANCE**

Civil Action No. 1:22-cv-352

PLEASE TAKE NOTICE that Edward P. Hourihan, Jr., Esq., of Bond, Schoeneck & King, PLLC hereby appears as counsel of record on behalf of Defendant C.J. Environmental, Inc. d/b/a cashforgold.com, in the above-captioned matter.

Dated: May 18, 2022

                                 Respectfully submitted,

                                 BOND, SCHOENECK & KING, PLLC

                                 By:   /s/ Edward P. Hourihan, Jr.
                                           Edward P. Hourihan, Jr.
*Attorneys for Defendant C.J. Environmental,
  Inc. d/b/a cashforgold.com*
350 Linden Oaks, Third Floor
Rochester, New York 14625
Telephone: (585) 362-4700
E-mail: ehourihan@bsk.com

14074885