# UNITED STATES DISTRICT COURT
for the
Western District of New York

| | |
|---|---|
| **EXPRESS GOLD CASH, INC** <br> *Plaintiff* <br> v. <br> **C.J. ENVIRONMENTAL, INC. d/b/a CASHFORGOLDUSA.COM, EMMA JOHNSON INC. d/b/a WEALTHYSINGLEMOMMY.COM, STEER DIGITAL LTD, DANIEL BROWN, and ADAM TOUTAIN** <br> *Defendant* | Civil Action No. 1:22-cv-352 |

## AFFIDAVIT OF SERVICE

I, Dana Cunningham, being duly sworn, state:

The undersigned being duly sworn, deposes and says: Dana Cunningham is not a party to the action, is over 18 years of age and resides at P.O. Box 1693, Portland, Maine 04104.

I served the following documents on Adam Toutain in Cumberland County, ME on May 16, 2022 at 4:55 pm at 685 Allen Ave, Portland, ME 04103 by personal service by handing the following documents to an individual identified as Adam Toutain.

Summons
Civil Cover Sheet
Corporate Disclosure Statement
Witness and Exhibit List
Proposed Order Granting Temporary Restraining Order and Setting a Preliminary Injunction Date
Notice of Motion for Preliminary Injunction and Temporary Restraining Order
LaLonde Exhibit
Schoonover Declaration
LaLonde Declaration
Schoonover Exhibit
Memorandum of Law in Support of Motion for Preliminary Injunction and Temporary Restraining Order Proposed Order Granting Expedited Hearing on Temporary Restraining Order and Preliminary Injunction
Notice of Motion for Expedited Hearing on Temporary Restraining Order and Preliminary Injunction
Kolokouris Exhibits
Dorger Affidavit
Kolokouris Declaration
Dorger Exhibits
Holland Declaration
Verified Complaint

Exhibits
Holland Exhibits
Text Order

Additional Description:
I delivered the documents to Adam Toutain.

White Male, est. age 38, brown eyes, dark hair, 185 lbs, 5' 9" to 6'.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in Cumberland County,
State of Maine on May 18, 2022.

Signature
Dana Cunningham
(207) 650-1820