UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

EXPRESS GOLD CASH, INC.

                    Plaintiff,

      vs.

C.J. ENVIRONMENTAL, INC. d/b/a CASH FORGOLDUSA.COM, EMMA JOHNSON, INC. d/b/a WEALTHYSINGLEMOMMY.COM, STEER DIGITAL LTD., DANIEL BROWN, and ADAM TOUTAIN,

                    Defendants.

**NOTICE OF MOTION IN LIMINE TO PRECLUDE EVIDENCE REGARDING REMOVED ADVERTISING**

Case No.: 1:22-cv-00352-LJV

**PLEASE TAKE NOTICE** that a motion will be made for the relief specified herein in connection with the above-entitled action as follows:

**MOVING PARTY**: Defendant C.J. Environmental, Inc.

**DATE, TIME AND PLACE OF HEARING**: At a date and time to be determined by the Court at the United States District Court for the Western District of New York (Buffalo Courthouse), before the Honorable Lawrence J. Vilardo.

**RELIEF SOUGHT AND GROUNDS THEREFOR**: An Order pursuant to Fed. R. Evid. 401, 402, 403 and 404 precluding Plaintiff Express Gold Cash, Inc. from introducing any evidence at the preliminary injunction hearing regarding advertisements or statements Defendants voluntarily removed from their websites, including evidence regarding the creation and publishing of that removed advertising, along with such other and further relief the Court deems necessary.

**SUPPORTING PAPERS**: Memorandum of Law dated October 11, 2022.

**ORAL ARGUMENT**: Requested.

-2-

| | |
|---|---|
| Dated: October 11, 2022 | BOND, SCHOENECK & KING, PLLC |
| | |
| | By: */s/ Edward P. Hourihan, Jr.* |
| | Edward P. Hourihan, Jr., Esq. |
| | 350 Linden Oaks, Third Floor |
| | Rochester, New York 14625 |
| | (585) 362-4700 |
| | ehourihan@bsk.com |
| | |
| | Jessica L. Copeland, Esq. |
| | Kevin G. Cope, Esq. |
| | Avant Building, Suite 900 |
| | 200 Delaware Avenue |
| | Buffalo, New York  14202 |
| | (716) 416-7000 |
| | jcopeland@bsk.com |
| | kcope@bsk.com |
| | |
| | *Attorneys for C.J. Environmental, Inc.* |