

350 Linden Oaks, Third Floor | Rochester, NY 14625-2825 | bsk.com

CURTIS A. JOHNSON
cjohnson@bsk.com
P: 585.362.4812
F: 585.362.4881

December 15, 2022

**VIA ELECTRONIC MAIL**

Hon. Lawrence J. Vilardo
United States District Court
Western District of New York
2 Niagara Square
Buffalo, New York 14202

Re:   *Express Gold Cash, Inc. v. C.J. Environmental, Inc. et al.*, Case No. 22-352

Dear Judge Vilardo:

I am writing on behalf of C.J. Environmental, Inc. and with consent of all parties in this action to request that the transcript of the hearing on December 9, 2022, setting forth the terms of the parties' settlement be filed under seal. The parties understood during the settlement conference that any settlement terms would be maintained as confidential, and intend to include a confidentiality provision in their settlement agreement. These efforts to protect the sensitive nature of the settlement terms would be undermined if the transcript from Friday's conference were publicly available on the docket.

Should you have any questions, please do not hesitate to contact us.

Respectfully Submitted,

BOND, SCHOENECK & KING, PLLC

/s/ Curtis A. Johnson

Curtis A. Johnson

CAJ/caj
cc:   Michael A. Burger, Esq.
      Kamran F. Hashmi, Esq.
      Edward P. Hourihan, Jr., Esq.
      Jessica L. Copeland, Esq.
      Jeffrey F. Allen, Esq.
      Jodyann Galvin, Esq.
      James J. Zawodzinski, Jr., Esq.

SO ORDERED

LAWRENCE J. VILARDO
United States District Judge
DATED: 12-15-22